# EXHIBIT A

| State of Alabama<br>Unified Judicial System<br><br>Form SM-1 (front)  Rev. 3/95 | STATEMENT OF CLAIM<br>(Complaint)<br>General | Case Number<br>SM 2019<br>902006 |
|---|---|---|

IN THE SMALL CLAIMS COURT OF ___*Baldwin*___, ALABAMA

**(Name of County)**

___*William H. Greenlee*___  v.  ___*Acima Credit, LLC.*___

**Plaintiff**                                          **Defendant**

Plaintiff's
Home Address ▬▬▬▬▬▬▬

*Gulf Shores, Al. 36547*

Defendant's
Home Address
*9815 S. Monroe Street,*
*4th Floor*
*Sandy, Utah 84070*

Plaintiff's Attorney's
Address

Additional
Defendant(s)
and Addresses

---

## NOTICE TO EACH DEFENDANT - READ CAREFULLY

**YOU ARE BEING SUED IN THE SMALL CLAIMS COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.**

**HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO FILL OUT THE ENCLOSED ANSWER FORM AND DELIVER OR MAIL IT TO THE CLERK AT THE ADDRESS SHOWN BELOW, SO THAT IT WILL GET TO THE CLERK'S OFFICE WITHIN FOURTEEN (14) DAYS AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU FOR THE MONEY OR PROPERTY DEMANDED IN THE FOLLOWING COMPLAINT. ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGMENT.**

---

## COMPLAINT

1. I claim the defendant owes the plaintiff the sum of $ *5,900.00* ____ because: *2 FCRA Violations involving my credit report and score. The defendant has reported I have an account with them, but I do not have an account regarding the products they are claiming on a contract. I have disputed this 4 times.*

2. Plaintiff also claims from the defendant court costs in the sum of $ *251.85* ____ (see note below), plus $ _____ for interest and $ _____ for lawyers' fees (only if plaintiff is represented by a licensed, practicing attorney and if the contract or note you signed so provides.)

NOTE:    The total amount of court costs may be more than this amount when the case is finally settled. The clerk will inform you of any additional costs at the close of the case.

**CLERK'S ADDRESS:**    Jody L. Wise
Baldwin Co. Circuit Clerk
201 East Section Street
Foley, AL 36535

___*William H. Greenlee*___
Plaintiff or Plaintiff's Attorney (Signature)

Attorney Code _____
▬▬▬▬▬▬ *6024*
Plaintiff's or Plaintiff's Attorney's Phone Number

Clerk's Phone No. *972-6818*

CIRCUIT COURT
BALDWIN COUNTY, AL
FILED  FOLEY

JUN 1 2 2019

JODY L. WISE
CIRCUIT CLERK

*(See instructions on the Back)*    Date of Filing _____

7007 1490 0004 2290 9E79

# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
### (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006

See Reverse for Instructions

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Acima Credit, LLC
9815 S Monroe St, 4th Floor
Sandy, Utah 84070

9590 9402 4872 9032 3324 12

2. Article Number *(Transfer from service label)*

7007 1490 0004 2290 4279

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

CIRCUIT COURT

JUN 21 2019

JODY L. WISE

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type   CIRCUIT CLERK
☐ Adult Signature   ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery   ☐ Registered Mail™
☑ Certified Mail®   ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise
☐ Collect on Delivery   ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery   ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt



AlaFile E-Notice

05-SM-2019-902006.00

Judge: WILLIAM E. SCULLY JR

To:  GREENLEE WILLIAM H (PRO SE)

---

# NOTICE OF SERVICE

---

IN THE SMALL CLAIMS COURT OF BALDWIN COUNTY, ALABAMA

WILLIAM H GREENLEE VS ACIMA CREDIT, LLC
05-SM-2019-902006.00

The following matter was served on 6/17/2019

**D001 ACIMA CREDIT LLC**

**Corresponding To**

CERTIFIED MAIL

JODY L.  WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



# Loan and Security Agreements and Disclosure Statement

☐ Covered Borrower Under Military Lending Act

| LOAN DATE | ACCOUNT NUMBER | LOAN NUMBER | MATURITY DATE |
|---|---|---|---|
| 11/5/2018 | ▆▆77 - 12 | ▆▆77 - 12 | 11/3/2019 |

**BORROWER 1 (Name & Address)**
WILLIAM GREENLEE
LILLIAN, AL 36549

**BORROWER 2 (Name & Address)**

**BORROWER 3 (Name & Address)**

**BORROWER 4 (Name & Address)**

## TRUTH IN LENDING DISCLOSURE ('e' means an estimate)

| ANNUAL PERCENTAGE RATE The cost of Your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost You. | Amount Financed The amount of credit provided to You or on Your behalf. | Total of Payments The total You will have paid after You have made all payments as scheduled. | Total Sale Price The total cost of Your purchase on credit is $500.00 which includes Your downpayment of $0.00 |
|---|---|---|---|---|
| 17.000 % | $50.92 | $500.00 | $554.12 | |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $50.00 | MONTHLY beginning 12/3/2018 |
| 1 | $46.14 | 11/3/2019 |

**Prepayment:** If You pay off early You will not have to pay a penalty.

**Required Deposit:** The Annual Percentage Rate does not take into account Your required deposit, if any.

**Demand:** ☐ This obligation has a demand feature.
☐ All disclosures are based on an assumed maturity of one year.

**Property Insurance:** You may obtain property Insurance from anyone You want that is acceptable to the Credit Union. If You get the insurance from the Credit Union You will pay $

**Filing Fees** $0.00

**Non-Filing Insurance** $

**Late Charge:** Payments made more than 15 days after the due date will incur a fee of 5.0% of the amount of the payment, with a minimum amount of $5.00 and a maximum amount of $50.00.

**Security:** Collateral securing other loans with the Credit Union may also secure this Loan. You are giving a security interest in Your shares and dividends and, if any, Your deposits and interest in the Credit Union; and the Property described below:

| Collateral | Property/Model/Make | Year | I.D. Number | Type | Value | Key Number |
|---|---|---|---|---|---|---|
| | | | | | $ | |
| | | | | | $ | |
| | | | | | $ | |

Other (Describe)
Pledge of Shares $ _____ in Account No. _____ $ _____ in Account No. _____
See Your contract documents for any additional information about nonpayment, default, and any required repayment in full before the scheduled date.

## ITEMIZATION OF THE AMOUNT FINANCED ('e' means an estimate)

| Itemization of Amount Financed of $500.00 | Amount Given to You Directly $500.00 | Amount Paid on Your Account $0.00 | Prepaid Finance Charge $0.00 |
|---|---|---|---|

**Amounts Paid to Others on Your Behalf: (If an amount is marked with an asterisk (*) We will be retaining a portion of the amount.)**

| | | | |
|---|---|---|---|
| $ | To | $ | To |
| $ | To | $ | To |
| $ | To | $ | To |
| $ | To | $ | To |
| $ | To | $ | To |
| $ | To | $ | To |
| $ | To | $ | To |

**LOANLINER®**

© CUNA Mutual Group 1999, 2000, 01, 02, 05, 06, 08, 2016, 18
All Rights Reserved

NZF021-E

Credit Union Alabama Credit Union      Acct No.      Loan No.     77 - 12

## MILITARY LENDING ACT DISCLOSURES

Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36 percent. This rate must include, as applicable to the credit transaction or account: The cost associated with credit insurance premiums; fees for ancillary products sold in connection with the credit transaction; any application fee charged (other than certain application fees for specified credit transactions or accounts); and any participation fee charged (other than certain participation fees for a credit card account).

Please call us at (888) 817-2002 to receive disclosures orally.

A "Covered Borrower" for purposes of this loan means a consumer who, at the time the consumer becomes obligated on this loan is a covered member or a dependent of a covered member as defined by the Military Lending Act. A Covered Borrower does not mean a consumer who (though a Covered Borrower at the time he or she became obligated on this transaction) no longer is a covered member or a dependent of a covered member as defined by the Military Lending Act.

## LOAN AGREEMENT

In this Loan Agreement ("Agreement") all references to "Credit Union", "We", "Our" or "Us," mean the Credit Union whose name appears above and anyone to whom the Credit Union assigns or transfers this Agreement. All references to "You" or "Your" mean each person who signs, or otherwise authenticates, this Agreement as a borrower.

**1. PROMISE TO PAY** - You promise to pay $500.00      to the Credit Union plus interest on the unpaid balance until what You owe has been repaid. For **fixed rate** loans, the interest rate is    17.000 % per year.

**Collection Costs:**

After default and upon referral to an attorney, who is not an employee of the credit union, you agree to pay all costs of collecting the amount you owe under this Agreement including reasonable attorney fees not in excess of 15% of the unpaid debt, if the original amount financed is greater than $300.

**2. PAYMENTS** - You promise to make payments of the amount and at the time shown in the Truth in Lending Disclosure. You may prepay any amount without penalty. If You prepay any part of what You owe, You are still required to make the regularly scheduled payments, unless We have agreed to a change in the payment schedule. Because this is a simple interest loan, if You do not make payments exactly as scheduled, Your final payment may be more or less than the amount of the final payment that is disclosed. If You elect voluntary payment protection, We will either include the premium or program fee(s) in Your payments or extend the term of Your loan. If the term is extended, You will be required to make additional payments of the scheduled amount, until what You owe has been paid. You promise to make all payments to the place We choose. If this loan refinances another loan You have with Us, the other loan will be canceled and refinanced as of the date of this loan. Unless otherwise required by law, payments will be applied to amounts owed in the manner We choose.

**3. LOAN PROCEEDS BY MAIL** - If the proceeds of this loan are mailed to You, interest on this loan begins on the date the loan proceeds are mailed to You.

**4. SECURITY FOR LOAN** - This Agreement is secured by all property described in the "Security" section of the Truth in Lending Disclosure. Property securing other loans You have with Us also secures this loan, unless the property is a dwelling or otherwise prohibited by federal and/or state law. In addition to Your pledge of shares, We may also have what is known as a statutory lien on all individual and joint accounts You have with Us. A statutory lien means We have the right under federal and/or state law to claim an interest in Your accounts. Unless otherwise prohibited by federal and/or state law, We can enforce a statutory lien against Your shares and dividends and, if any, interest and deposits, in all individual and joint accounts You have with Us to satisfy any outstanding financial obligation that is due and payable to Us. We may exercise Our right to enforce this lien without further notice to You, to the extent permitted by law. *For all borrowers:* You pledge as security for this loan all shares and dividends and, if any, all deposits and interest in all joint and individual accounts You have with the Credit Union now and in the future. **The statutory lien and/or Your pledge will allow Us to apply the funds in Your account(s) to what You owe when You are in default.** If a dollar amount and account number are listed in the "Security" section of the Truth in Lending Disclosure, You may not withdraw the amount that has been specifically pledged to secure this loan until the Credit Union agrees to release all or part of the pledged amount. The statutory lien and Your pledge do not apply to any Individual Retirement Account or any other account that would lose special tax treatment under state or federal law if given as security.

**5. DEFAULT** - You will be in default under this Agreement if You do not make a payment of the amount required on or before the date it is due. You will be in default if You break any promise You made in connection with this loan or if anyone is in default under any security agreement made in connection with this Agreement. You will be in default if You die, file for bankruptcy, become insolvent (that is, unable to pay Your bills and loans as they become due), or if You made any false or misleading statements in Your loan application. You will also be in default if something happens that We believe may seriously affect Your ability to repay what You owe under this Agreement or if You are in default under any other loan agreement You have with Us.

**6. ACTIONS AFTER DEFAULT** - When You are in default, We may demand immediate payment of the entire unpaid balance under this Agreement. If We demand immediate payment, You will continue to pay interest at the rate provided for in this Agreement, until what You owe has been repaid. **We will also apply against what You owe any shares and/or deposits**

NZF021-E

| Credit Union Alabama Credit Union | | Acct No. 77 - 12 | Loan No 77 - 12 |
| --- | --- | --- | --- |

**given as security under this Agreement.** We may also exercise any other rights given by law when You are in default. **Unless You are a Covered Borrower under the Military Lending Act, You waive any right You have to receive demand for payment, notice of intent to demand immediate payment and notice of demand for immediate payment.**

**7. EACH PERSON RESPONSIBLE** - Each person who signs, or otherwise authenticates, this Agreement will be individually and jointly responsible for paying the entire amount owed under this Agreement. This means We can enforce Our rights against any one of You individually or against all of You together.

**8. LATE CHARGE** - If You are late in making a payment, You promise to pay the late charge shown in the Truth in Lending Disclosure. If no late charge is shown, You will not be charged one.

**9. DELAY IN ENFORCING RIGHTS** - We can delay enforcing any of Our rights under this Agreement any number of times without losing the ability to exercise Our rights later. We can enforce this Agreement against Your heirs or legal representatives.

**10. CONTINUED EFFECTIVENESS** - If any part of this Agreement is determined by a court to be unenforceable, the rest will remain in effect.

**11. NOTICES** - Notices will be sent to You at the most recent address You have given Us in writing. Notice to any one of You will be notice to all.

**12. USE OF ACCOUNT** - You promise to use Your account for consumer (personal, family or household) purposes, unless the Credit Union gives You written permission to use the account also for agricultural or commercial purposes, or to purchase real estate.

**13. NO ORAL AGREEMENTS – THIS NOTE CONSTITUTES A "WRITTEN LOAN AGREEMENT" PURSUANT TO SECTION 26.02 OF THE TEXAS BUSINESS AND COMMERCE CODE, IF SUCH SECTION APPLIES. THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.**

**14.** The following is required by Vermont law: NOTICE TO COSIGNER: YOUR SIGNATURE ON THIS NOTE MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THIS LOAN. IF THE BORROWER DOES NOT PAY, THE LENDER HAS A LEGAL RIGHT TO COLLECT FROM YOU.

**15. NOTICE TO UTAH BORROWERS:** This written Agreement is the final expression of the Agreement between You and the Credit Union. This written Agreement may not be contradicted by evidence of any oral agreement.

**16. OTHER PROVISIONS -**

---

## SECURITY AGREEMENT

In this Security Agreement ("Agreement") all references to "Credit Union", "We", "Our" or "Us" mean the Credit Union whose name appears on this document and anyone to whom the Credit Union assigns or transfers this Agreement. All references to the "Loan" mean the loan described in the Loan Agreement that is part of this document. All references to "You" or "Your" mean any person who signs, or otherwise authenticates, this Agreement.

**1. THE SECURITY FOR THE LOAN** - You give Us what is known as a security interest in the Property described in the "Security" section of the Truth in Lending Disclosure that is part of this document ("the Property"). The security interest You give includes all accessions. Accessions are things which are attached to or installed in the Property now or in the future. The security interest also includes any replacements for the Property which You buy within 10 days of the Loan and any extensions, renewals or refinancings of the Loan. It also includes any money You receive from selling the Property or from insurance You have on the Property. If the value of the Property declines, You promise to give Us more property as security if asked to do so.

**2. WHAT THE SECURITY INTEREST COVERS/CROSS COLLATERAL PROVISIONS** - The security interest secures the Loan and any extensions, renewals or refinancings of the Loan. **Unless prohibited by applicable law, the security interest also secures any other loans, including any credit card loan, You have now or receive in the future from Us and any other amounts You owe Us for any reason now or in the future, except any loan secured by Your principal dwelling.** If the Property is household goods as defined by the Federal Trade Commission Credit Practices Rule or Your principal dwelling, the Property will secure only this Loan and not other loans or amounts You owe Us.

**3. OWNERSHIP OF THE PROPERTY** - You promise that You own the Property or, if this Loan is to buy the Property, You promise You will use the Loan proceeds for that purpose. You promise that no one else has any interest in or claim against the Property that You have not already told Us about. You promise not to sell or lease the Property or to use it as security for a loan with another creditor until the Loan is repaid. You promise You will allow no other security interest or lien to attach to the Property either by Your actions or by operation of law.

**4. PROTECTING THE SECURITY INTEREST** - If Your state issues a title for the Property, You promise to have Our security interest shown on the title. We may have to file what is called a financing statement to protect Our security interest from the claims of others. You irrevocably authorize Us to execute (on Your behalf), if applicable, and file one or more financing, continuation or amendment statements pursuant to the Uniform Commercial Code (UCC) in a form satisfactory to Us. You

NZF021-E

| Credit Union Alabama Credit Union | Acct No ▮▮77 - 12 | Loan No ▮▮77 - 12 |

promise to do whatever else We think is necessary to protect Our security interest in the Property. You also promise to pay all costs, including but not limited to any attorney fees, We incur in protecting Our security interest and rights in the Property, to the extent permitted by applicable law.

**5. USE OF PROPERTY** - Until the Loan has been paid off, You promise You will: (1) Use the Property carefully and keep it in good repair. (2) Obtain Our written permission before making major changes to the Property or changing the address where the Property is kept. (3) Inform Us in writing before changing Your address. (4) Allow Us to inspect the Property. (5) Promptly notify Us if the Property is damaged, stolen or abused. (6) Not use the Property for any unlawful purpose. (7) Not retitle the Property in another state without telling Us.

**6. PROPERTY INSURANCE, TAXES AND FEES** - You promise to pay all taxes and fees (like registration fees) due on the Property and to keep the Property insured against loss and damage. The amount and coverage of the property insurance must be acceptable to Us. You may provide the property insurance through a policy You already have, or through a policy You get and pay for. You promise to make the insurance policy payable to Us and to deliver the policy or proof of coverage to Us if asked to do so.

If You cancel Your insurance and get a refund, We have a right to the refund. If the Property is lost or damaged, We can use the insurance settlement to repair the Property or apply it towards what You owe. You authorize Us to endorse any draft or check which may be payable to You in order for Us to collect any refund or benefits due under Your insurance policy.

If You do not pay the taxes or fees on the Property when due or keep it insured, We may pay these obligations, but We are not required to do so. Any money We spend for taxes, fees or insurance will be added to the unpaid balance of the Loan and You will pay interest on those amounts at the same rate You agreed to pay on the Loan. We may receive payments in connection with the insurance from a company which provides the insurance. We may monitor Our loans for the purpose of determining whether You and other borrowers have complied with the insurance requirements of Our loan agreements or may engage others to do so. The insurance charge added to the Loan may include (1) the insurance company's payments to Us and (2) the cost of determining compliance with the insurance requirements. If We add amounts for taxes, fees or insurance to the unpaid balance of the Loan, We may increase Your payments to pay the amount added within the term of the insurance or term of the Loan.

**7. INSURANCE NOTICE** - If You do not purchase the required property insurance, the insurance We may purchase and charge You for will cover only Our interest in the Property. The premium for this insurance may be higher because the insurance company may have given Us the right to purchase insurance after uninsured collateral is lost or damaged. **The insurance will not be liability insurance and will not satisfy any state financial responsibility or no fault laws.**

**8. DEFAULT** - You will be in default if You break any promise You make or fail to perform any obligation You have under this Agreement. You will also be in default under this Agreement if the Loan is in default. You will be in default if any Property You have given Us as security is repossessed by someone else, seized under a forfeiture or similar law, or if anything else happens that significantly affects the value of the Property or Our security interest in it.

**9. WHAT HAPPENS IF YOU ARE IN DEFAULT** - When You are in default, We may demand immediate payment of the outstanding balance of the Loan without giving You advance notice and take possession of the Property. You agree the Credit Union has the right to take possession of the Property without judicial process if this can be done without breach of the peace. If We ask, You promise to deliver the Property at a time and place We choose. If the Property is a motor vehicle or boat, You agree that We may obtain a key or other device necessary to unlock and operate it, when You are in default. We will not be responsible for any other property not covered by this Agreement that You leave inside the Property or that is attached to the Property. We will try to return that property to You or make it available for You to claim.

After We have possession of the Property, We can sell it and apply the money to any amounts You owe Us. We will give You notice of any public disposition or the date after which a private disposition will be held. Our expenses for taking possession of and selling the Property will be deducted from the money received from the sale. Those costs may include the cost of storing the Property, preparing it for sale and attorney's fees to the extent permitted under state law or awarded under the Bankruptcy Code.

If You have agreed to pay the Loan, You must pay any amount that remains unpaid after the sale money has been applied to the unpaid balance of the Loan and to what You owe under this Agreement. You agree to pay interest on that amount at the same rate as the Loan until that amount has been paid.

**10. DELAY IN ENFORCING RIGHTS AND CHANGES IN THE LOAN** - We can delay enforcing any of Our rights under this Agreement any number of times without losing the ability to exercise Our rights later. We can enforce this Agreement against Your heirs or legal representatives. If We change the terms of the Loan, You agree that this Agreement will remain in effect.

**11. CONTINUED EFFECTIVENESS** - If any part of this Agreement is determined by a court to be unenforceable, the rest will remain in effect.

**12. NOTICE FOR ARIZONA OWNERS OF PROPERTY** - It is unlawful for You to fail to return a motor vehicle that is subject to a security interest, within thirty days after You have received notice of default. The notice will be mailed to the address You gave Us. It is Your responsibility to notify Us if Your address changes. The maximum penalty for unlawful failure to return a motor vehicle is one year in prison and/or a fine of $150,000.00.

NZF021-E

| Credit Union Alabama Credit Union | Acct No. 77 - 12 | Loan No. 77 - 12 |
|---|---|---|

☐ *The following notice applies ONLY when the box at left is marked.*

**13. NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**14. OTHER PROVISIONS -**

---

**SIGNATURES**

By signing, or otherwise authenticating, as Borrower, You agree to the terms of the Loan Agreement. If Property is described in the "Security" section of the Truth in Lending Disclosure, You also agree to the terms of the Security Agreement. If You sign, or otherwise authenticate, as "Owner of Property" You agree only to the terms of the Security Agreement.

**CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THE AGREEMENT BEFORE YOU SIGN IT**

| Borrower 1 Signature | Date |
|---|---|
| X *[signature]* | 11/15/2018 (Seal) |

WILLIAM GREENLEE

| Signature | Date |
|---|---|
| X *[signature]* | 11/15/2018 (Seal) |

☐ Borrower 3:
☐ Owner of Property    ☒ Witness

| Borrower 2 Signature | Date |
|---|---|
| X | (Seal) |

| Signature | Date |
|---|---|
| X | (Seal) |

☐ Borrower 4:
☐ Owner of Property    ☐ Witness

NZF021-E

experian.

Preparec
**WILLIAM GREENL**
Personal & Confider

Date Generated May 8, 2
Report Number

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of reinvestigation.

## Here are your results

### ACIMA CREDIT FKA SIMPL

Account 

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.


Updated

You can contact ACIMA CREDIT FKA SIMPL at 9815 S MONROE ST FL 4, SANDY, UT 84070 or (801) 297-1920

**After your dispute:**

| Account Name | ACIMA CREDIT FKA SIMPLE | Balance | . |
| Account Number | | Balance Updated | . |
| Account Type | Lease | Recent Payment | . |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 01/08/2019 | Original Balance | $2,034 |
| Status | Paid, Closed/Never late. | Highest Balance | $0 |
| Status Updated | 05/07/2019 | Terms | 12 Months |
| | | On Record Until | May 2029 |

**Payment History**

**LEGEND**  (OK) Current on payments    (CLS) Closed

### 2019

| JAN | FEB | MAR | APR |
|-----|-----|-----|-----|
| (OK) | (OK) | (OK) | (OK) |
| MAY | JUN | JUL | AUG |



**Historical Information**

First Reported                                      01/2019

**Reinvestigation Information**

This item was updated from our processing of your dispute in May 2019.

| Balance History | | | |
|---|---|---|---|
| FEB 2019 | $2,040 Balance | $153 Scheduled Payment | $0 Paid |
| JAN 2019 | $3,352 Balance | $279 Scheduled Payment | $0 Paid |

**Before your dispute:**

| Account Name | ACIMA CREDIT FKA SIMPLE | Balance | · |
|---|---|---|---|
| Account Number | ▮▮▮▮▮ | Balance Updated | · |
| Account Type | Lease | Recent Payment | |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 01/08/2019 | Original Balance | $2,034 |
| Status | Paid, Closed. | Highest Balance | $0 |
| Status Updated | 04/23/2019 | Terms | 12 Months |

**Payment History**

**LEGEND**   (OK) Current on payments          (30) 30 Days Past Due          (CLS) Closed

## 2019

| JAN | FEB | MAR | APR |
|---|---|---|---|
| (OK) | (30) | (30) | (CLS) |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ |

**Historical Information**

First Reported                                      01/2019

**Reinvestigation Information**

This item was updated from our processing of your dispute in Apr 2019.

| Balance History | | | |
|---|---|---|---|
| FEB 2019 | $2,040 Balance | $153 Scheduled Payment | $0 Paid |
| JAN 2019 | $3,352 Balance | $279 Scheduled Payment | $0 Paid |

# If our reinvestigation has not resolved your dispute, you have several options:

$\longrightarrow$ **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

$\longrightarrow$ **You may contact the company that reports the information to us and dispute it directly with them.** If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

$\longrightarrow$ **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easil add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

$\longrightarrow$ **You may file a complaint about Experian or the company reporting the item,** with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint (https://www.consumerfinance.gov/complaint) or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the la six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have you results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is r specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you may also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statemen included on your report at your request that contain medical information are disclosed to others.

# Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect su information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com (https://experianconsumers.lexisnexis.com/).

# Know Your Rights

### Fair Credit Reporting Act (FCRA)

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that se information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer repo to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must giv you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporti agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In man cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmo for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residenti; real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to rep information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually t consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for acces

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about yo to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in t trucking industry. For more information, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from th lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Bureau of Consumer Financial Protectio 1700 G Street NW Washington, DC 20552 |
| **b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **b.** Federal Trade Commission: Consumer Response Center – FCRA Washington, DC 20580 (877) 382-4357 |
| **2.** To the extent not included in item 1 above: | **a.** Office of the Comptroller of the Currenc Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| **a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks | |
| **b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | **b.** Federal Reserve Consumer Help Center PO Box 1200 Minneapolis, MN 55480 |
| **c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations | **c.** FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106 |
| **d.** Federal Credit Unions | **d.** National Credit Union Administration Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO) 1775 Duke Street Alexandria, VA 22314 |
| **3.** Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division Department of Transportation 1200 New Jersey Avenue SE Washington, DC 20590 |

| | |
|---|---|
| **4.** Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E Street, SW Washington, DC 20423 |
| **5.** Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| **6.** Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third Street, SW, 8th Floor Washington, DC 20416 |
| **7.** Brokers and Dealers | Securities and Exchange Commission 100 F St NE Washington, DC 20549 |
| **8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Drive McLean, VA 22102-5090 |
| **9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center FCRA Washington, DC 20580 (877) 382-4357 |

## Notification of Rights

- Notification of Rights for Alabama Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/alabama/)

- Notification of Rights for Alaska Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/alaska/)

- Notification of Rights for Arkansas Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/arkansas/)

- Notification of Rights for California Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/california/)

- Notification of Rights for Colorado Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/colorado/)

- Notification of Rights for Connecticut Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/connecticut/)

- Notification of Rights for Delaware Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/delaware/)

- Notification of Rights for District of Columbia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/district-of-columbia/)

- Notification of Rights for Florida Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/florida/)

- Notification of Rights for Georgia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/georgia/)

- Notification of Rights for Indiana Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/indiana/)

- Notification of Rights for Maryland Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/maryland/)

- Notification of Rights for Massachusetts Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/massachusetts/)

- Notification of Rights for Missouri Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/missouri/)

- Notification of Rights for Montana Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/montana/)

- Notification of Rights for Nevada Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/nevada/)

- Notification of Rights for New Hampshire Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/new-hampshire/)

- Notification of Rights for New Jersey Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/new-jersey/)

- Notification of Rights for New Mexico Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/new-mexico/)

- Notification of Rights for New York Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/new-york/)

- Notification of Rights for North Carolina Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/north-carolina/)

- Notification of Rights for North Dakota Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/north-dakota/)

- Notification of Rights for Ohio Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/ohio/)

- Ohio Notice of Rights for Protected Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/ohio-notice-rights-protected-consumers/)

- Notification of Rights for Oklahoma Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/oklahoma/)

- Notification of Rights for Rhode Island Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/rhode-island/)

- Notification of Rights for Tennessee Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/tennessee/)

- Notification of Rights for Texas Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/texas/)

- Notification of Rights for Vermont Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/vermont/)

- Notification of Rights for Virginia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/virginia/)

- Notification of Rights for Washington Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fai
  credit-reporting-act-fcra/washington/)
- Notification of Rights for West Virginia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/f
  credit-reporting-act-fcra/west-virginia/)

**experian.**

Preparec

**WILLIAM GREENL**

Personal & Confider

Date Generated May 27, 2
Report Number 

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of reinvestigation.

## Here are your results

### ACIMA CREDIT FKA SIMPL

Account 

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

You can contact ACIMA CREDIT FKA SIMPL at 9815 S MONROE ST FL 4, SANDY, UT 84070 or (801) 297-1920

Updated

**After your dispute:**

| | | | |
|---|---|---|---|
| Account Name | ACIMA CREDIT FKA SIMPLE | Balance | . |
| Account Number |  | Balance Updated | . |
| Account Type | Lease | Recent Payment | . |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 01/08/2019 | Original Balance | $2,034 |
| Status | Paid, Closed/Never late. | Highest Balance | $0 |
| Status Updated | 04/30/2019 | Terms | 12 Months |
| | | On Record Until | Apr 2029 |

**Payment History**

LEGEND  (OK) Current on payments        (CLS) Closed

### 2019

| JAN | FEB | MAR | APR |
|---|---|---|---|
| (OK) | (OK) | (OK) | (CLS) |
| MAY | JUN | JUL | AUG |

SEP   OCT   NOV   DEC

**Historical Information**

| | |
|---|---|
| First Reported | 01/2019 |

**Balance History**

| | | | |
|---|---|---|---|
| FEB 2019 | $2,040 Balance | $153 Scheduled Payment | $0 Paid |
| JAN 2019 | $3,352 Balance | $279 Scheduled Payment | $0 Paid |

**Reinvestigation Information**

This item was updated from our processing of your dispute in May 2019.

### Before your dispute:

| | |
|---|---|
| Account Name | ACIMA CREDIT FKA SIMPLE |
| Account Number | ▮▮▮▮ |
| Account Type | Lease |
| Responsibility | Individual |
| Date Opened | 01/08/2019 |
| Status | Paid, Closed/Never late. |
| Status Updated | 05/07/2019 |

| | |
|---|---|
| Balance | . |
| Balance Updated | . |
| Recent Payment | . |
| Monthly Payment | $0 |
| Original Balance | $2,034 |
| Highest Balance | $0 |
| Terms | 12 Months |
| On Record Until | May 2029 |

**Payment History**

LEGEND   (OK) Current on payments        (CLS) Closed



## 2019

JAN   FEB   MAR   APR
(OK)  (OK)  (OK)  (OK)

MAY   JUN   JUL   AUG
(CLS)  ( )   ( )   ( )

SEP   OCT   NOV   DEC

**Historical Information**

| | |
|---|---|
| First Reported | 01/2019 |

**Balance History**

| | | | |
|---|---|---|---|
| FEB 2019 | $2,040 Balance | $153 Scheduled Payment | $0 Paid |
| JAN 2019 | $3,352 Balance | $279 Scheduled Payment | $0 Paid |

**Reinvestigation Information**

This item was updated from our processing of your dispute in May 2019.

# If our reinvestigation has not resolved your dispute, you have several options:

$\rightarrow$ **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

$\rightarrow$ **You may contact the company that reports the information to us and dispute it directly with them.** If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

$\rightarrow$ **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easil add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

$\rightarrow$ **You may file a complaint about Experian or the company reporting the item,** with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint (https://www.consumerfinance.gov/complaint) or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the la six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have you results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is r specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of ar action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you may also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statemen included on your report at your request that contain medical information are disclosed to others.

# Important Messages

**Medical Information**
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect su information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**
If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com (https://experianconsumers.lexisnexis.com/).

# Know Your Rights

## Fair Credit Reporting Act (FCRA)

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that s information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer repo to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must giv you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporti agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In man cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmo for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residenti real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from th mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to rep information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually t consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for acces

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about yo to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in t trucking industry. For more information, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from th lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights unde state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Bureau of Consumer Financial Protectio 1700 G Street NW Washington, DC 20552 |
| **b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **b.** Federal Trade Commission: Consumer Response Center – FCRA Washington, DC 20580 (877) 382-4357 |
| **2.** To the extent not included in item 1 above: **a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks | **a.** Office of the Comptroller of the Currenc Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| **b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | **b.** Federal Reserve Consumer Help Center PO Box 1200 Minneapolis, MN 55480 |
| **c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations | **c.** FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106 |
| **d.** Federal Credit Unions | **d.** National Credit Union Administration Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO) 1775 Duke Street Alexandria, VA 22314 |
| **3.** Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division Department of Transportation 1200 New Jersey Avenue SE Washington, DC 20590 |

**4.** Creditors Subject to Surface Transportation Board

Office of Proceedings, Surface
Transportation Board
Department of Transportation
395 E Street, SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act

Nearest Packers and Stockyards
Administration area supervisor

**6.** Small Business Investment Companies

Associate Deputy Administrator for Capital
Access
United States Small Business
Administration
409 Third Street, SW, 8th Floor
Washington, DC 20416

**7.** Brokers and Dealers

Securities and Exchange Commission
100 F St NE
Washington, DC 20549

**8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations

Farm Credit Administration
1501 Farm Credit Drive
McLean, VA 22102-5090

**9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above

FTC Regional Office for region in which the
creditor operates **or** Federal Trade
Commission: Consumer Response Center
FCRA
Washington, DC 20580
(877) 382-4357

## Notification of Rights

- Notification of Rights for Alabama Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/alabama/)

- Notification of Rights for Alaska Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/alaska/)

- Notification of Rights for Arkansas Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/arkansas/)

- Notification of Rights for California Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/california/)

- Notification of Rights for Colorado Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/colorado/)

- Notification of Rights for Connecticut Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/connecticut/)

- Notification of Rights for Delaware Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/delaware/)

- Notification of Rights for District of Columbia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/district-of-columbia/)

- Notification of Rights for Florida Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-cre reporting-act-fcra/florida/)

- Notification of Rights for Georgia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/georgia/)

- Notification of Rights for Indiana Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-cre reporting-act-fcra/indiana/)

- Notification of Rights for Maryland Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/maryland/)

- Notification of Rights for Massachusetts Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/massachusetts/)

- Notification of Rights for Missouri Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/missouri/)

- Notification of Rights for Montana Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/montana/)

- Notification of Rights for Nevada Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-cre reporting-act-fcra/nevada/)

- Notification of Rights for New Hampshire Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/new-hampshire/)

- Notification of Rights for New Jersey Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fai credit-reporting-act-fcra/new-jersey/)

- Notification of Rights for New Mexico Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fa credit-reporting-act-fcra/new-mexico/)

- Notification of Rights for New York Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/new-york/)

- Notification of Rights for North Carolina Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/north-carolina/)

- Notification of Rights for North Dakota Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/f credit-reporting-act-fcra/north-dakota/)

- Notification of Rights for Ohio Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit reporting-act-fcra/ohio/)

- Ohio Notice of Rights for Protected Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/ohio-notice-rights-protected-consumers/)

- Notification of Rights for Oklahoma Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/oklahoma/)

- Notification of Rights for Rhode Island Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fa credit-reporting-act-fcra/rhode-island/)

- Notification of Rights for Tennessee Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair credit-reporting-act-fcra/tennessee/)

- Notification of Rights for Texas Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-cred reporting-act-fcra/texas/)

- Notification of Rights for Vermont Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/vermont/)

- Notification of Rights for Virginia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-cre reporting-act-fcra/virginia/)

- Notification of Rights for Washington Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fai credit-reporting-act-fcra/washington/)
- Notification of Rights for West Virginia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fi credit-reporting-act-fcra/west-virginia/)

**experian.**

Prepared

**WILLIAM GREENL**

Personal & Confider

Date Generated Jun 7, 2
Report Number ▮▮▮▮

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of reinvestigation.

## Here are your results

### ACIMA CREDIT FKA SIMPL

Account · ▮▮▮▮

Information on this item has been updated. Please review your report for the details.

You can contact ACIMA CREDIT FKA SIMPL at 9815 S MONROE ST FL 4, SANDY, UT 84070 or (801) 297-1920

(↑)

Updated

#### After your dispute:

| | | | |
|---|---|---|---|
| Account Name | ACIMA CREDIT FKA SIMPLE | Balance | - |
| Account Number | ▮▮▮▮ | Balance Updated | - |
| Account Type | Lease | Recent Payment | |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 01/08/2019 | Original Balance | $2,034 |
| Status | Paid, Closed/Never late. | Highest Balance | $0 |
| Status Updated | 04/30/2019 | Terms | 12 Months |
| | | On Record Until | Apr 2029 |

**Payment History**

LEGEND   (OK) Current on payments         (CLS) Closed

### 2019

| JAN | FEB | MAR | APR |
|---|---|---|---|
| (OK) | (OK) | (OK) | (CLS) |
| MAY | JUN | JUL | AUG |

SEP OCT NOV DEC

## Historical Information

| | |
|---|---|
| First Reported | 01/2019 |

### Balance History

| FEB 2019 | $2,040 Balance | $153 Scheduled Payment | $0 Paid |
|---|---|---|---|
| JAN 2019 | $3,352 Balance | $279 Scheduled Payment | $0 Paid |

## Your Statement

I HAVE NO KNOWLEDGE OF THIS ACCOUNT.

## Reinvestigation Information

This item was updated from our processing of your dispute in Jun 2019.

### Before your dispute:

| Account Name | ACIMA CREDIT FKA SIMPLE | Balance | - |
|---|---|---|---|
| Account Number | | Balance Updated | - |
| Account Type | Lease | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 01/08/2019 | Original Balance | $2,034 |
| Status | Paid, Closed/Never late. | Highest Balance | $0 |
| Status Updated | 04/30/2019 | Terms | 12 Months |
| | | On Record Until | Apr 2029 |

## Payment History

LEGEND    (OK) Current on payments        (CLS) Closed

### 2019



JAN FEB MAR APR
(OK)(OK)(OK)(CLS)
MAY JUN JUL AUG
SEP OCT NOV DEC

## Historical Information

| | |
|---|---|
| First Reported | 01/2019 |

### Balance History

| FEB 2019 | $2,040 Balance | $153 Scheduled Payment | $0 Paid |
|---|---|---|---|
| JAN 2019 | $3,352 Balance | $279 Scheduled Payment | $0 Paid |

## Reinvestigation Information

This item was updated from our processing of your dispute in May

2019.

# If our reinvestigation has not resolved your dispute, you have several options:

→ **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ **You may contact the company that reports the information to us and dispute it directly with them.** If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easil add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ **You may file a complaint about Experian or the company reporting the item,** with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint (https://www.consumerfinance.gov/complaint) or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the la six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have you results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is n specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you may also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history t us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statemen included on your report at your request that contain medical information are disclosed to others.

# Important Messages

### Medical Information
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect su information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com (https://experianconsumers.lexisnexis.com/).

# Know Your Rights

### Fair Credit Reporting Act (FCRA)

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that se information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer repo to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must giv you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporti agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In man cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmo for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residenti real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from th mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to rep information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually t

consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for acces

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about yo to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in t trucking industry. For more information, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from th lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights unde state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Bureau of Consumer Financial Protectio 1700 G Street NW Washington, DC 20552 |
| **b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **b.** Federal Trade Commission: Consumer Response Center – FCRA Washington, DC 20580 (877) 382-4357 |
| **2.** To the extent not included in item 1 above: | **a.** Office of the Comptroller of the Currenc Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| **a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks | |
| **b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | **b.** Federal Reserve Consumer Help Center PO Box 1200 Minneapolis, MN 55480 |
| **c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations | **c.** FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106 |
| **d.** Federal Credit Unions | **d.** National Credit Union Administration Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO) 1775 Duke Street Alexandria, VA 22314 |

**3.** Air carriers

Asst. General Counsel for Aviation
Enforcement & Proceedings
Aviation Consumer Protection Division
Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Proceedings, Surface
Transportation Board
Department of Transportation
395 E Street, SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act

Nearest Packers and Stockyards
Administration area supervisor

**6.** Small Business Investment Companies

Associate Deputy Administrator for Capital
Access
United States Small Business
Administration
409 Third Street, SW, 8th Floor
Washington, DC 20416

**7.** Brokers and Dealers

Securities and Exchange Commission
100 F St NE
Washington, DC 20549

**8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations

Farm Credit Administration
1501 Farm Credit Drive
McLean, VA 22102-5090

**9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above

FTC Regional Office for region in which the
creditor operates **or** Federal Trade
Commission: Consumer Response Center
FCRA
Washington, DC 20580
(877) 382-4357

## Notification of Rights

- Notification of Rights for Alabama Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/alabama/)

- Notification of Rights for Alaska Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/alaska/)

- Notification of Rights for Arkansas Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/arkansas/)

- Notification of Rights for California Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/california/)

- Notification of Rights for Colorado Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/colorado/)

- Notification of Rights for Connecticut Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fai credit-reporting-act-fcra/connecticut/)

- Notification of Rights for Delaware Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/delaware/)

- Notification of Rights for District of Columbia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/district-of-columbia/)

- Notification of Rights for Florida Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-cre reporting-act-fcra/florida/)

- Notification of Rights for Georgia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/georgia/)

- Notification of Rights for Indiana Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-cre reporting-act-fcra/indiana/)

- Notification of Rights for Maryland Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/maryland/)

- Notification of Rights for Massachusetts Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/massachusetts/)

- Notification of Rights for Missouri Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/missouri/)

- Notification of Rights for Montana Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/montana/)

- Notification of Rights for Nevada Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-cre reporting-act-fcra/nevada/)

- Notification of Rights for New Hampshire Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/new-hampshire/)

- Notification of Rights for New Jersey Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fai credit-reporting-act-fcra/new-jersey/)

- Notification of Rights for New Mexico Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fa credit-reporting-act-fcra/new-mexico/)

- Notification of Rights for New York Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/new-york/)

- Notification of Rights for North Carolina Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/north-carolina/)

- Notification of Rights for North Dakota Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fa credit-reporting-act-fcra/north-dakota/)

- Notification of Rights for Ohio Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit reporting-act-fcra/ohio/)

- Ohio Notice of Rights for Protected Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/ohio-notice-rights-protected-consumers/)

- Notification of Rights for Oklahoma Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/oklahoma/)

- Notification of Rights for Rhode Island Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fa credit-reporting-act-fcra/rhode-island/)

- Notification of Rights for Tennessee Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair credit-reporting-act-fcra/tennessee/)

- Notification of Rights for Texas Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-cred reporting-act-fcra/texas/)

- Notification of Rights for Vermont Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/vermont/)

- Notification of Rights for Virginia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-cre reporting-act-fcra/virginia/)

- Notification of Rights for Washington Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fai credit-reporting-act-fcra/washington/)

- Notification of Rights for West Virginia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/f credit-reporting-act-fcra/west-virginia/)

experian.

Prepared

**WILLIAM GREENL**

Personal & Confider

Date Generated Jun 20, 2
Report Number ▮▮▮▮▮

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of reinvestigation.

## Here are your results

### ACIMA CREDIT FKA SIMPL
Account · ▮▮▮▮▮

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.



Updated

You can contact ACIMA CREDIT FKA SIMPL at 9815 S MONROE ST FL 4, SANDY, UT 84070 or (801) 297-1920

#### After your dispute:

| Account Name | ACIMA CREDIT FKA SIMPLE | Balance | · |
|---|---|---|---|
| Account Number | ▮▮▮▮▮ | Balance Updated | · |
| Account Type | Lease | Recent Payment | · |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 01/08/2019 | Original Balance | $2,034 |
| Status | Paid, Closed. | Highest Balance | $0 |
| Status Updated | 06/19/2019 | Terms | 12 Months |

**Payment History**

| LEGEND | (OK) Current on payments | (30) 30 Days Past Due | (CLS) Closed |
|---|---|---|---|

### 2019

| JAN | FEB | MAR | APR |
|---|---|---|---|
| (OK) | (OK) | (30) | (OK) |

| MAY | JUN | JUL | AUG |
|---|---|---|---|



SEP OCT NOV DEC

### Historical Information

| | |
|---|---|
| First Reported | 01/2019 |

### Balance History

| | | | | |
|---|---|---|---|---|
| FEB 2019 | $2,040 Balance | $153 Scheduled Payment | $0 Paid |
| JAN 2019 | $3,352 Balance | $279 Scheduled Payment | $0 Paid |

### Your Statement

I HAVE NO KNOWLEDGE OF THIS ACCOUNT.

### Reinvestigation Information

This item was updated from our processing of your dispute in Jun 2019.

### Before your dispute:

| | | | |
|---|---|---|---|
| Account Name | ACIMA CREDIT FKA SIMPLE | Balance | . |
| Account Number | ███████ | Balance Updated | . |
| Account Type | Lease | Recent Payment | . |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 01/08/2019 | Original Balance | $2,034 |
| Status | Paid, Closed/Never late. | Highest Balance | $0 |
| Status Updated | 04/30/2019 | Terms | 12 Months |
| | | On Record Until | Apr 2029 |

### Payment History

**LEGEND**  (OK) Current on payments     (CLS) Closed

## 2019

JAN FEB MAR APR
(OK) (OK) (OK) (CLS)

MAY JUN JUL AUG

SEP OCT NOV DEC

### Historical Information

| | |
|---|---|
| First Reported | 01/2019 |

### Balance History

| | | | | |
|---|---|---|---|---|
| FEB 2019 | $2,040 Balance | $153 Scheduled Payment | $0 Paid |
| JAN 2019 | $3,352 Balance | $279 Scheduled Payment | $0 Paid |

### Your Statement

I HAVE NO KNOWLEDGE OF THIS ACCOUNT.

**Reinvestigation Information**

This item was updated from our processing of your dispute in Jun 2019.

# If our reinvestigation has not resolved your dispute, you have several options:

⟶   **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

⟶   **You may contact the company that reports the information to us and dispute it directly with them.** If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

⟶   **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easil add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

⟶   **You may file a complaint about Experian or the company reporting the item,** with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint (https://www.consumerfinance.gov/complaint) or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the la six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have you results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is n specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you may also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statemen included on your report at your request that contain medical information are disclosed to others.

# Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect su information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com (https://experianconsumers.lexisnexis.com/).

# Know Your Rights

### Fair Credit Reporting Act (FCRA)

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that s information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer repo to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must giv you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporti agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In man cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;

- you are the victim of identity theft and place a fraud alert in your file;

- your file contains inaccurate information as a result of fraud;

- you are on public assistance;

- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmo for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residentia real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to rep information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually t consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for acces

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about yo to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in t trucking industry. For more information, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from th lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Bureau of Consumer Financial Protectio 1700 G Street NW Washington, DC 20552 |
| **b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **b.** Federal Trade Commission: Consumer Response Center – FCRA Washington, DC 20580 (877) 382-4357 |
| **2.** To the extent not included in item 1 above: | **a.** Office of the Comptroller of the Currenc Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| **a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks | |
| **b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | **b.** Federal Reserve Consumer Help Center PO Box 1200 Minneapolis, MN 55480 |
| **c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations | **c.** FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106 |
| **d.** Federal Credit Unions | **d.** National Credit Union Administration Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO) 1775 Duke Street Alexandria, VA 22314 |

| | |
|---|---|
| **3.** Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division Department of Transportation 1200 New Jersey Avenue SE Washington, DC 20590 |
| **4.** Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E Street, SW Washington, DC 20423 |
| **5.** Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| **6.** Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third Street, SW, 8th Floor Washington, DC 20416 |
| **7.** Brokers and Dealers | Securities and Exchange Commission 100 F St NE Washington, DC 20549 |
| **8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Drive McLean, VA 22102-5090 |
| **9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates **or** Federal Trade Commission: Consumer Response Center FCRA Washington, DC 20580 (877) 382-4357 |

## Notification of Rights

- Notification of Rights for Alabama Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/alabama/)

- Notification of Rights for Alaska Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/alaska/)

- Notification of Rights for Arkansas Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/arkansas/)

- Notification of Rights for California Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/california/)

- Notification of Rights for Colorado Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/colorado/)

- Notification of Rights for Connecticut Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fai credit-reporting-act-fcra/connecticut/)

- Notification of Rights for Delaware Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/delaware/)

- Notification of Rights for District of Columbia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/district-of-columbia/)

- Notification of Rights for Florida Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-cre reporting-act-fcra/florida/)

- Notification of Rights for Georgia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/georgia/)

- Notification of Rights for Indiana Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-cre reporting-act-fcra/indiana/)

- Notification of Rights for Maryland Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/maryland/)

- Notification of Rights for Massachusetts Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/massachusetts/)

- Notification of Rights for Missouri Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/missouri/)

- Notification of Rights for Montana Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/montana/)

- Notification of Rights for Nevada Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-cre reporting-act-fcra/nevada/)

- Notification of Rights for New Hampshire Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/new-hampshire/)

- Notification of Rights for New Jersey Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fai credit-reporting-act-fcra/new-jersey/)

- Notification of Rights for New Mexico Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fa credit-reporting-act-fcra/new-mexico/)

- Notification of Rights for New York Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/new-york/)

- Notification of Rights for North Carolina Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/north-carolina/)

- Notification of Rights for North Dakota Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/f credit-reporting-act-fcra/north-dakota/)

- Notification of Rights for Ohio Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit reporting-act-fcra/ohio/)

- Ohio Notice of Rights for Protected Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/ohio-notice-rights-protected-consumers/)

- Notification of Rights for Oklahoma Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/oklahoma/)

- Notification of Rights for Rhode Island Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fa credit-reporting-act-fcra/rhode-island/)

- Notification of Rights for Tennessee Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/tennessee/)

- Notification of Rights for Texas Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-cred reporting-act-fcra/texas/)

- Notification of Rights for Vermont Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/vermont/)

- Notification of Rights for Virginia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-cred reporting-act-fcra/virginia/)

- Notification of Rights for Washington Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fai credit-reporting-act-fcra/washington/)

- Notification of Rights for West Virginia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fa credit-reporting-act-fcra/west-virginia/)

| State of Alabama<br>Unified Judicial System<br><br>Form C-25A   Rev. 11/15 | **APPLICATION AND AFFIDAVIT FOR<br>ENTRY OF DEFAULT JUDGMENT** | **Case Number**<br><br>SM 2019 902006 |

IN THE _____ Circuit _____ COURT OF _____ Baldwin _____, ALABAMA
       *(Circuit or District)*                                 *(Name of County)*

       William H. Greenlee          v.          Acima Credit LLC.
            **Plaintiff**                                    **Defendant**

☑ I, affiant, request that the ☐ clerk of court, or ☑ judge, pursuant to Rule 55(b), Alabama Rules of Civil Procedure (ARCP), enter a default judgment against the above - named defendant,* in the above case for the defendant's failing to plead, answer, or otherwise defend.

The affiant, _____ William H. Greenlee _____, being duly sworn, states as follows:

1. That the affiant has personal knowledge of the facts set forth in the affidavit.
2. That the defendant was served with a summons and a copy of the Statement of Claim/Complaint on (date) __06/17/2019__.
3. That more than __14__ days have elapsed since the defendant was served with a summons and a copy of the Statement of Claim/Complaint.
4. That the defendant has failed to answer or otherwise defend against the plaintiff's Statement of Claim/Complaint.
5. That this affidavit is executed by the affiant in accordance with Rule 55(b), ARCP, for the purpose of enabling the plaintiff to obtain a **default judgment** against the defendant, for the defendant's failing to answer or otherwise defend against the plaintiff's Statement of Claim/Complaint.
6. That the defendant is not an infant or an incompetent person, and there has been no violation of the provisions of ~~Article~~ Chapter 19, Title 5.
7. That the defendant ☐ is ☑ is not in military service.
8. Judgment Conditions: ☐ with ☑ without waiver of exemptions.
9. That the amount of money claimed by the defendant to the plaintiff is
   ☑ THE SUM OF  $ __5,900.00__, which is to be determined as follows:
   Principal Balance  $ _____
   Interest  $ _____
   Court Costs  $ __251.85__
   Attorney Fee  $ _____ (if requesting attorney's fees, it must be determined by the judge, not the court clerk.)
   *(if provided by contract, note or law)*

   ☐ SPECIFY PROPERTY (Describe, on a separate sheet of paper, property of which the plaintiff demanded right to possession from the defendant in the Statement of Claim/Complaint.)

10. The affiant requests entry of judgment: ☑ By the Court
                                        ☐ By the Clerk

Name of Affiant: _____ William H. Greenlee _____
Signature of Affiant: *William H. Greenlee*
Affiant's Home or Business Address (if not represented by an attorney):

                           Lillian Al. 36549
 City        State         Zip Code
Name of Attorney: _____
Signature of Attorney: _____
Business Address of Attorney: _____

 City        State         Zip Code

Sworn To and Subscribed Before Me This
Date: 8/12/2019
Officer's Signature                Title

*[stamp:]* CIRCUIT COURT<br>BALDWIN COUNTY, AL<br>(FILED - FOLEY)<br>JUL 02 2019<br>JODY L. WISE<br>CIRCUIT CLERK

☐ Default judgment is hereby rendered against the defendant in the amount of $ _____
Date _____           Judge/Clerk

☐ Default judgment is hereby rendered against the defendant and the plaintiff is awarded right to possession of the property sworn to in the affidavit above.
Date _____           Judge/Clerk

**CERTIFICATE OF SERVICE ON OTHER PARTIES**
I hereby certify that a copy of this Application, Affidavit, and Entry of Default Judgment has been   Signed _____
sent, by first class mail, postage prepaid, to all parties who are not in default in this case.

**Rule 55, ARCP**
* Separate form shall be completed for each defendant in cases involving multiple defendants.
  Pursuant to Ala. Code 1975, §12-19-71(a) (10), a filing fee is required when seeking a default judgment pursuant to Rule 55(b), ARCP.

**Original** – Court File        **Copy** – Plaintiff        **Copy** - Defendant

William H. Greenlee

(Plaintiff)


v.                                                              SM-2019-900006.00


Acima Credit LLC.

(Defendant)


Damages:


1. Fair Credit Reporting Act Section 621(a) (2) (Duty to Correct and Update Information) hold a fine of $3.756.00. The penalty was updated for COLA in 2017. These penalties were for 2016.
2. The fines stated above were established on three different occasions as indicated in the documents provided. The latest violation was as recent as June 2019.
3. The defendant has offered a settlement, but this amount is well short of the penalties that should be imposed for the damage that has been done not only to my credit score but also imposed on my FICO Score.
4. The defendant has refunded the amount of $120.78, but has not refunded the amount of $53.50.
5. Due to the amounts and the Court having limits of $6,000.00 I would also like to advise that I'm only asking for a portion of damages due to cost of moving this issue to a higher court.
6. The negatively impacting has affected my interest rate qualifications. I have one loan at an interest rate of 17% and another loan after the original damage of 24%.


Total: 4 violations of negatively reporting a product I never had in my possession. Total Cost $15,024.00 asking for $5,900.00 in "Special Damages"

07th Day of July, 2019

## REQUEST FOR DEFAULT JUDGEMENT

William H. Greenlee
(Plaintiff)

v.                                              SM-2019-902006.00

Acima Credit LLC.
(Defendant)


I, William H. Greenlee (Plaintiff), come forth the court to request for a Default Judgement regarding case SM-2019-902006.00 due to the defendant not answering the claim set forward against them. The Defendant was served on the 17th Day of June and has 14 days to respond from that date without a response. I have attached the documents that pertain to this case regarding damage to my credit report along with a contract that does not have the correct product information, therefore I would like the Court to confirm the Default Judgement.


Respectfully,

William H. Greenlee

Lillian, Al. 36549
Phone: ███████6024
Email: ████████████

CONFIRMATION OF DELIVERY OF NOTICE

I certify that I have mailed this document to the defendant on the 02nd Day of July, 2019 via Certified U.S. Mail.

Acima Credit LLC.
9815 Monroe Street
4th Floor
Sandy, Ut. 84070

William H. Greenlee

**Information and Acknowledgement of Lease-Purchase Agreement**

**This transaction is a lease-purchase or rental-purchase agreement ("Agreement") with Acima Credit, LLC ("Acima"), or its subsidiary. <u>This is not a loan or credit transaction</u>. The Agreement includes a 90-Day (3-month, in California,) Early Purchase Option. This Early Purchase Option may be an amount greater than the merchant's sale price and not "same as cash."**

You understand that by signing the Agreement, Acima will buy the property you selected from the merchant and then lease that property to you.

Acima is the owner of the property until you have executed one of the purchase terms contained within the Agreement. Once you've paid the total of all renewal payments, or exercised an Early Purchase Option, ownership will transfer to you. The least expensive option to purchase the property under the Agreement must be exercised within 90 days of delivery (3 calendar months in California). Renewal payments are still due even if you intend to purchase the property later.

Renewal payments will be automatically withdrawn from your bank account, charged to your card, or made at another authorized vendor or payment processor, depending upon information you provided us throughout the lease origination process. Charges will appear on your bank statements as "Simple Acima" and not the name of the merchant where you selected the property.

You may terminate the Agreement at any time, without penalty, and stop unaccrued renewal payments by returning the property to Acima and paying any past due renewal payments. You will not receive a refund of any payments accrued and paid to Acima while in possession of the property.

The Agreement includes reinstatement rights that may allow you to get returned property back, as described in the Agreement.

Full terms are contained in the Agreement, a copy of which will be mailed or e-mailed to you and is or will be available on our Customer Portal at https://customer.acimacredit.com/. The Agreement sent is computer-generated and may not include your wet signature.

You agree by signing this acknowledgement that you read, understand, and received a copy of this document and the Agreement.


William Greenlee

_____
Customer Name

12/20/2018

_____
Date



**(AL) RENTAL-PURCHASE AGREEMENT**
LEASE NO: #███7116
LEASE DATE: 12/20/2018

When you sign the Agreement, Acima Credit, LLC, or one of its subsidiaries will purchase the Property you have selected at a merchant store and enter a lease-purchase or rental-purchase contract with you for the Property. **The following table shows certain financial details of the lease:**

| TOTAL OF PAYMENTS/TOTAL COST/RENT-TO-OWN PRICE | COST OF RENTAL | ACIMA CASH PRICE | | |
|---|---|---|---|---|
| $3,███.██ | $1,827.00 | $1,575.00 | | |
| You must pay this amount to own the property if you make all the regular Renewal Payments (excludes taxes). You can buy the property for less under the early purchase option. | Amount over Acima Cash Price you will pay if you make all regular Renewal Payments (excludes taxes). | Property available at this price for cash from the Lessor at the time of the Agreement. See about your early purchase option rights. | | |
| | **AMOUNT OF EACH PAYMENT** | **NUMBER OF PAYMENTS** | **RENTAL PERIOD** | |
| | $139.67/twice-monthly | 24 | **365 DAYS** | |
| | Taxes will be added to all payments. | | This represents the duration of the Lease if all regularly scheduled payments are made. | |

The rental property is NEW and is being acquired by the lessor on the lease date above.



**BY SIGNING YOUR AGREEMENT, YOU ACKNOWLEDGE AND AGREE THAT YOU RECEIVED THE ABOVE TABLE.**

## RENTAL-PURCHASE AGREEMENT

**THIS AGREEMENT CONTAINS AN ARBITRATION PROVISION (SEE ¶ 14). UNLESS YOU PROMPTLY REJECT THE ARBITRATION PROVISION (SEE ¶ 14), THE ARBITRATION PROVISION WILL HAVE A SUBSTANTIAL EFFECT ON YOUR RIGHTS IN THE EVENT OF A DISPUTE, INCLUDING YOUR RIGHT TO BRING OR PARTICIPATE IN A CLASS PROCEEDING.**

| LESSOR/ OWNER | ACIMA CREDIT, LLC, 9815 S Monroe St 4th Floor, Sandy, UT 84070 |
| --- | --- |
| | Phone: (801) 297-1982 \| Online Portal: https://customer.acimacredit.com/ |
| LESSEE/POTENTIAL PURCHASER | William Greenlee, ███████████ LILLIAN, AL 36549 |

1. **Definitions:** "Agreement" means this Rental-Purchase Agreement. "You" and "your" mean the person signing this Agreement as Lessee. "We," "our," and "us" mean Acima Credit, LLC, and its successors and assigns, as Lessor/Owner of the Property. "Property" means the item(s) that are the subject matter of this Agreement; specifically, the NEW 4-Part# 28034306, 4-Part# M196866135, 4-Tpms. "Initial Payment" means the payment required to consummate this Agreement. "Renewal Payment(s)" mean periodic or regular lease payments required by this Agreement after the Initial Payment for use of the leased Property. "Other Charges" mean any and all applicable charges, costs, and fees allowed for under this Agreement, which may accrue from time to time, after the commencement of the Agreement, and are not included in Renewal Payments. "Days" means calendar days unless otherwise specified.

2. **Payments:** An Initial Payment of $50.00, plus tax of $3.50, totaling $53.50 is due before the delivery of the Property, and additional Renewal Payments of $139.67, plus tax of $9.77, totaling $149.44, are due twice-monthly thereafter while the Agreement remains in force, commencing on the day indicated in your lease application that you receive income or benefits, but no sooner than 7 days after the delivery date. Renewal Payments are made in arrears. Acima charges and collects tax with each Renewal Payment when required to do so by your state. Your payment amount may change to the extent the tax rate changes after the date of this Agreement.

3. **Purchase Terms: The Acima Cash Price is $1,575.00, which is the amount we would charge for a cash sale of the Property on the date of the Agreement. This Agreement will terminate, and you will acquire ownership of the Property if you make the Initial Payment and 24 Renewal Payments totaling $3,402.00 ("Total of Payments"). This is $1,827.00 more than the Acima Cash Price.** The Total of Payments does not include taxes, or Other Charges such as late payment, default, pickup, and reinstatement fees, which fees shall be separately disclosed in the Agreement. You can purchase the Property at any time during the first 90 days of this Agreement by paying us the Acima Cash Price, plus taxes, and Other Charges due, minus any payments you have made plus a $10.00 Buyout Fee. After 90 days, you may purchase the Property by paying us an amount equal to any payment then due or overdue plus Other Charges due and 65.0% of the total remaining Renewal Payments.

4. **Other Charges:** Not included in Renewal Payments: i) Costs of Lost/Destroyed/Damaged Property; ii) Repossession Costs; iii) Collection Costs; iv) Re-delivery Costs; v) $25.00 Returned Payment Fee (or the maximum amount permitted by law) for any payment that is returned to us unpaid; vi) Late Payment Charges. If you pay monthly and fail to make a Renewal Payment within 5 business days of the renewal date, you will be assessed a fee of $5. If you pay more frequently than monthly and fail to make a payment within 3 business days of the renewal date, you will be assessed a fee of $3; and vii) $10.00 Buyout Fee.

5. **Ownership and Nature of Agreement:** WE OWN THE PROPERTY. This Agreement is a lease; a lease is a legal arrangement whereby the lessee/renter (you) agrees to pay the lessor/owner of the property (us) for use of the property for a specified period of time. You make Renewal Payments for the use of the Property for each renewal period only. You do not obtain ownership rights unless you comply with the ownership terms of the Agreement. **You do not have the right to keep the Property if you do not make timely Renewal Payments.** If you do not want to lease the Property but would rather purchase the Property now, you should consider cash or credit terms that may be available to you.

6. **Damage or Loss of Property:** You are responsible to pay us for the fair market value of the Property if, and as of the time, it is lost, stolen, damaged beyond normal wear and tear, or destroyed. If the Property is lost, stolen, damaged, or destroyed during the lease term, or you do not return the Property to us when required to do so, you must pay us, in addition to all other amounts you owe us: (a) the amount you would need to pay to acquire the Property; (b) the fair market value of the Property as of the date it is lost, stolen, damaged, or destroyed; or (c) the cost to repair the Property, whichever is least. We do not carry insurance on this Property. You are not required to purchase insurance on the Property. You are responsible for its safety until it is returned to us. **Disclosure of Condition of Property:** You understand the Property may be new or used. You agree that we have not made any representations of the Property other than those contained in this Agreement. If you notice any damages to the Property, other than those disclosed by us, you agree to inform us of the damages before signing, and we will amend this Agreement accordingly. **By signing this Agreement, you agree that you are satisfied with the condition of the Property and that no other damages exist other than those disclosed by us as follows: None.**

7. **Maintenance and Warranty:** You are responsible for maintaining the Property in good working condition during the Agreement term. You must notify us immediately if the Property is damaged and send us written records of any repairs. If any part of a manufacturer's warranty, or third-party warranty, exists and covers the Property at the time you acquire ownership, the warranty will be transferred to you, if allowed by the terms of the warranty. To the extent permitted by law, we do not provide any Warranty of Merchantability or Fitness for a Particular Purpose, either Express or Implied, on the Property. You are renting the Property "as is" and "with all faults." **You must keep the Property at the address listed above, unless we give you permission to move it.**

8. **Minimum Agreement Term:** The minimum rental period is the time between when you receive the Property and your first Renewal Payment. You agree to make your first Renewal Payment outlined within this Agreement. If you choose to return the Property thereafter, you must pay the unpaid Daily Lease Rate for the time you possess the Property, plus Other Charges due. The "**Daily Lease Rate**" is the Total of Payments divided by the number of days of the Rental Period. Your Rental Period is 365 days. Your Daily Lease Rate is $9.32.

9. **Termination:** We may terminate this Agreement and recover the Property if you breach this Agreement. You may terminate this Agreement at any time without penalty by returning the Property in accordance with our directions, and by paying us any delinquent Renewal Payments, plus Other Charges due, including any damage to the Property, beyond normal wear and tear. However, if this Agreement terminates and you fail to

return the Property, you should also pay us the Daily Lease Rate multiplied by the number of days after termination until you return the Property. **Collection Costs:** If you default on this Agreement, you may be responsible for all collection costs we incur. We may, at our discretion, refer delinquent accounts to a third-party collection agency. **Right of Repossession:** If this Agreement terminates due to your breach of the Agreement, and you fail to return the Property, we have the right to repossess the Property. You agree to pay all costs of repossession incurred, to the extent permitted by law.

10. **Reinstatement:** If you fail to make a timely Renewal Payment, you can reinstate the Agreement without losing any rights or options previously acquired by paying all Renewal Payments and Other Charges due or returning the Property to us, if we so request, within 5 business days (if you pay monthly), or within 2 business days (if you pay more frequently than monthly), after the renewal date. If you return the Property within the reinstatement period, the right to reinstate will be extended for a period of not less than 30 days after the date of the return. You may not reinstate more than 3 times during the term of this Agreement. If you reinstate, we will furnish you with the same Property or substitute property of comparable quality and condition. You are responsible for the reasonable costs of pickup and re-delivery. We are not prevented from attempting to repossess the Property during the reinstatement period, but such a repossession does not affect your right to reinstate. Reinstatement results in a continuation of this Agreement.

11. **Payment Method:** We will initiate electronic fund transfers from the bank account and/or credit card (or any substitute account you designate) provided by you in your application for financing.

12. **Payment Authorization:** You authorize us to initiate an electronic fund transfer ("EFT") over the ACH network (or another network of our choosing) from any bank account listed on your application, or subsequently authorize us to debit, for any scheduled payment you owe under this Agreement by its renewal date. If this EFT is returned unpaid, you authorize us to charge any card or bank account provided to us for such payment. If your payment is returned unpaid, you authorize us to initiate a one-time EFT from your bank account or card to collect a fee of $25.00. You agree that we may resubmit any returned EFT or card charge as permitted by law and network rules. We are not responsible for any bank fees you incur resulting from returned payments. Instead of or in addition to any of the EFTs and card charges described in this section, you also authorize us to process any EFTs or card charges you subsequently confirm by phone, text message, or email. If we make an error in processing an EFT or card charge, you authorize us to initiate an EFT or card charge to correct the error. You may terminate this authorization to initiate EFTs and to charge the card. You may modify any bank account and card information, or change your scheduled payment dates, if the new payments coincide with the dates you receive income and do not materially increase the Agreement term. We will honor your termination or modification request if you contact us by phone at (801) 297-1920, or in writing at 9815 S. Monroe St., 4th Floor, Sandy, UT 84070, in time for us to receive your request at least 3 business days before the payment is scheduled to be made or far enough in advance for us to reasonably act on it. For purposes of this Agreement, our business days are Monday through Friday; holidays are not included. If any payment cannot be obtained by EFT or card charge, you remain responsible for such payment.

13. **Reporting:** You authorize and instruct us to obtain a consumer report from a consumer reporting agency of our choosing, for purposes of verifying information on your application. You approve and acknowledge that we may report information about your lease and payment history to credit bureaus. You understand that we will not report your account as paid to any credit bureau until all payments have settled. You understand that if any processed and/or cleared payments are rescinded after we were authorized to process them, we reserve the right to re-open your account and report accordingly to any credit bureau. If you believe that any information about your lease that we may have received from, or furnished to a consumer reporting agency is false or fraudulent, or if you believe that you have been the victim of identity theft in connection with any lease made by us, you may request a copy of your lease records by writing to us at *Acima Credit, LLC, ATTN: Reporting Compliance, 9815 S. Monroe Street, 4th Floor, Sandy, UT 84070.*

14. **JURY TRIAL WAIVER AND ARBITRATION CLAUSE:** By signing, you agree to this Jury Trial Waiver and Arbitration Clause ("Clause").

**Background and Scope.**

| What is arbitration? | An alternative to court. | In arbitration, a third party ("Arbiter") solves Disputes in a hearing ("hearing"). You, related third parties, and we waive the right to go to court. Such "parties" forgo jury trials. |
|---|---|---|
| Is it different from court and jury trials? | Yes. | The hearing is private and less formal than court. Arbiters may limit pre-hearing fact finding, called "discovery." The decision is final. Courts rarely overturn Arbiters. |
| Who does the Clause cover? | You, Us, and Others. | This Clause governs the parties, their heirs, successors, assigns, and third parties related to any Dispute. |
| Which Disputes are covered? | All Disputes. | In this Clause, the word "Disputes" has the broadest possible meaning. This Clause governs all "Disputes" involving the parties. This includes all claims even indirectly related to your application and agreements with us. This includes claims related to information you previously gave us. It includes all past agreements. It includes claims, as may be applicable, any additional periods, extensions, renewals, and plans. It includes claims related to damaged property, buyout, reinstatement, loss, damage, warranty, maintenance, collection, possession, privacy, and customer information. It includes claims related to setting aside this Clause. It includes claims about the Clause's validity and scope. It includes claims about whether to arbitrate. |
| Are you waiving rights? | Yes. | You waive your rights to:<br>1. Have juries solve Disputes.<br>2. Have courts, other than small-claims courts, solve Disputes.<br>3. Serve as a private attorney general or in a representative capacity.<br>4. Be in a class action. |
| Are you waiving class action rights? | Yes. | COURTS AND ARBITERS WON'T ALLOW CLASS ACTIONS. You waive your rights to be in a class action, as a representative and a member. Only individual arbitration, or small-claims courts, will solve Disputes. You waive your right to have representative claims. |
| What law applies? | The Federal Arbitration Act ("FAA"). | This transaction involves interstate commerce. Thus, the FAA governs. If a court finds the FAA doesn't apply, and the finding can't be appealed, then your state's law / the state law where you were when you signed governs. The Arbiter must apply substantive law consistent with the FAA. The Arbiter must follow statutes of limitation and privilege claims. |

| Can the parties try to solve Disputes first? | Yes. | We can try to solve Disputes if you call us at (801) 297-1982. If this doesn't solve the Dispute, mail us written notice, within 30 days of the Dispute date. In your notice, tell us the details and how you want to solve it. We will try to solve the Dispute. If we make a written offer ("Settlement Offer"), you can reject it and arbitrate. If we don't solve the Dispute, either party may start arbitration. To start arbitration, contact an Arbiter or arbitration group listed below. No party will disclose settlement proposals to the Arbiter during arbitration. |
|---|---|---|
| How should you contact us? | By mail. | Send mail to: ATTN: Compliance Department, 9815 S Monroe Street, 4th Floor, Sandy, Utah, 84070. You can call us or use certified mail to confirm receipt. |
| Can small-claims court solve some Disputes? | Yes. | Each party has the right to arbitrate, or to go to small-claims court if the small-claims court has the power to hear the Dispute. Arbitration will solve all Disputes that the small-claims court does not have the power to hear. If there is an appeal from small-claims court, or if a Dispute changes so that the small-claims court loses the power to hear it, then the Dispute will only be heard by an Arbiter. |
| Do other options exist? | Yes. | Both parties may use lawful self-help remedies. This includes set-off or repossession and includes our later sale, donation, or rental of the Property. Both parties may seek remedies which don't claim money damages. This includes pre-judgment seizure, injunctions, or equitable relief. |
| Will this Clause continue to govern? | Yes, unless otherwise agreed. | The Clause stays effective, unless the parties sign an agreement stating it doesn't. The Clause governs if you rescind the transaction. It governs if you default, renew, prepay, or pay. It governs if you terminate, if you reinstate, and if you return the Property. It governs if your Agreement is discharged through / impacted by bankruptcy. The Clause remains effective, despite a transaction's termination, amendment, expiration, or performance. |

**Process.**

| How does arbitration start? | Mailing a notice. | Either party may mail the other a request to arbitrate, even if a lawsuit has been filed. The notice should describe the Dispute and relief sought. The receiving party must mail a response within 30 days. If you mail the demand, you may choose the arbitration group. Or, your demand may state that you want the parties to choose a local Arbiter. If related third parties or we mail the demand, you must respond in 30 days. Your response must choose an arbitration group or propose a local Arbiter. If it doesn't, we may choose the group. |
|---|---|---|
| Who arbitrates? | AAA, JAMS, or an agreed Arbiter. | You may select the American Arbitration Association ("AAA") (1-800-778-7879) http://www.adr.org or JAMS (1-800-352-5267) http://www.jamsadr.com. The parties may also agree in writing to a local attorney, retired judge, or Arbiter in good standing with an arbitration group. The Arbiter must arbitrate under AAA or JAMS consumer rules. You may get a copy of these rules from such group. Any rules that conflict with any of our agreements with you, don't apply. If these options aren't available, and the parties can't agree on another, a court may choose the group. The parties will then obtain an Arbiter under such group's rules. Such Arbiter must enforce your agreements with us, as they are written. |
| Will the hearing be held nearby? | Yes. | The Arbiter will order the hearing within 30 miles of your home or where the transaction occurred. |
| What about appeals? | Appeals are limited. | The Arbiter's decision will be final. A party may file the Arbiter's award with the proper court. Arbitration will solve appeals of a small-claims court judgement. A party may appeal under the FAA. If the amount in controversy exceeds $6,000.00, a party may appeal the Arbiter's finding. Such appeal will be to a 3 Arbiter panel from the same arbitration group. The appeal will be de novo, and solved by majority vote. |

**Arbitration Fees and Awards.**

| Will we advance Arbitration Fees? | Yes, but you may pay costs. | We advance your "Arbitration Fees" if you ask us to. This includes filing, administrative, hearing, and Arbiter's fees. You pay your attorney fees and other expenses. |
|---|---|---|
| Are damages and attorney fees possible? | Yes, if allowed. | The Arbiter may award the same damages as a court. Arbiters may award reasonable attorney fees, and expenses, if allowed by law. |
| Will you pay Arbitration Fees if you win? | No. | If the Arbiter awards you funds, you don't reimburse us the Arbitration Fees. |
| Will you ever pay Arbitration Fees? | Yes | If the Arbiter doesn't award you funds, then you may repay the Arbitration Fees. The Arbiter will decide whether you'll pay. |
| What happens if you win? | You could get more than the Arbiter awarded. | If an Arbiter's award to you exceeds our last Settlement Offer, we will pay 3 amounts. We will pay the greater of the award amount or $500.00 ("bonus payment"). We will pay your attorney fees ("attorney premium"). If the Arbiter orders, we will pay reasonable expert witness costs and other costs you incurred ("cost premium"). If we never made a Settlement Offer, we will pay the bonus payment, attorney premium, and any cost premium. The Arbiter may order the process for payment. If a law allows you more, this Clause won't prevent such award. We won't seek attorney fees and expenses. |
| Can an award be explained? | Yes. | A party may request details from the Arbiter, within 14 days of the ruling. Upon such request, the Arbiter will explain the ruling in writing. |

**Other Options.**

| If you don't want to arbitrate, can you still get a transaction? | Yes. You can get our services and decide not to arbitrate. | Consider these choices: 1. **Informal Dispute Resolution.** Contact us, and attempt to settle any Disputes. 2. **Small-claims Court.** Seek to solve Disputes in small-claims court, within state law limits. 3. **Opt-Out of Arbitration.** Sign and then timely opt-out. |
|---|---|---|
| Can you opt-out of the Clause? | Yes. Within 30 days. | Write us within 30 calendar days of signing your agreement to opt-out of the Clause for that agreement. List your name, address, account number and date. List that you "opt out." If you opt out, it will only apply to that agreement. |

**Print and retain a hard copy or electronic copy.**

15. **MISCELLANEOUS: Restrictive Endorsement:** We have the right to accept any check marked "payment in full" or any other restrictive endorsement without losing any of our rights to collect on the entire amount you owe us. **Governing Law, Venue:** This Agreement is governed by the laws of the state where you live. Venue for any dispute arising out of this Agreement will be the county where you live. **Severability:** If any provision of this Agreement is held to be invalid or unenforceable by a court of competent jurisdiction, the remaining provisions of this Agreement will remain in full force and effect. You understand that time is of the essence in this Agreement. **Entire Agreement:** This Agreement represents the entire agreement between you and us concerning the Property.

16. **COMMUNICATION & MARKETING:** You understand and agree that we may monitor and/or record any of your phone conversations with any of our representatives. We may use automated telephone dialing, text messaging systems, and electronic mail to provide messages to you about your Agreement. You understand that when you receive such calls or e-mails, you may incur a charge from your communications provider. You consent to (i) contact at any address (including e-mail) or telephone number (including wireless cellular or residential landline) that you provide; (ii) any means of communication to reach you; (iii) the use of automated dialing systems and/or prerecorded messages; and (iv) text messages sent to your phone. No such contact will be deemed unsolicited or unauthorized. **You understand that receipt of goods and/or services is not conditioned upon your consent provided herein.** You consent to be contacted, from time to time, by Acima Credit, LLC, its affiliates, vendors, agents, successors and assigns, regarding your account, for collection purposes, and for telemarketing, mail, and email marketing purposes such as promoting goods and/or services at the telephone numbers and addresses provided to us.

*Right to Opt-out:* You understand you may opt-out of promotional communications at any time by writing to *9815 S. Monroe Street, 4th Floor, Sandy, UT 84070* or by email at privacy@acimacredit.com.

| Initial Payment | Renewal Payment Amount | Renewal Payment Frequency | Number of Renewal Payments |
|---|---|---|---|
| $53.50 | $149.44 | twice-monthly | 24 |

**NOTICE TO LESSEE: (1) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. (2) YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. (3) YOU HAVE THE RIGHT TO EXERCISE AN EARLY PURCHASE OPTION THAT WILL RESULT IN A LOWER COST TO ACQUIRE OWNERSHIP. BY SIGNING THIS AGREEMENT: (1) YOU AGREE TO ALL ITS TERMS, INCLUDING THE EFT AUTHORIZATION (¶ 12) AND ARBITRATION PROVISION (¶ 14); AND (2) YOU ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS AGREEMENT.**

William Greenlee

X_____
LESSEE

X_____
Aaron Allred, Managing-Member, Acima Credit, LLC

# Exhibit B

You can purchase the Property at any time during the first 90 Days (three months if in California) of the Agreement by paying us the Acima Cash Price plus tax and any Other Charges due, minus any payments you have made. You have the right to acquire ownership of the Property at any time after the first 90 Days (three months if in California) by tendering to us an amount equal to all past due payments and fees, plus an amount equal to 65.0% of all Renewal Payments remaining under the Agreement. You must affirmatively elect to exercise the Early Purchase Option. In no event shall the Early Purchase Option Amount be less than the amount of one Renewal Payment.

The table below shows the amount required to exercise the Early Purchase Option after each rent payment, assuming each rent payment is paid on time.

| Payment # | Payment Amount | Remaining Total of Payments | Early Purchase Option Amount |
|-----------|----------------|-----------------------------|------------------------------|
| 1 | $50.00 | $3,352.00 | $1,535.00 |
| 2 | $139.67 | $3,212.33 | $1,395.33 |
| 3 | $139.67 | $3,072.66 | $1,255.66 |
| 4 | $139.67 | $2,932.99 | $1,115.99 |
| 5 | $139.67 | $2,793.32 | $976.32 |
| 6 | $139.67 | $2,653.65 | $836.65 |
| 7 | $139.67 | $2,513.98 | $1,634.09 |
| 8 | $139.67 | $2,374.31 | $1,543.30 |
| 9 | $139.67 | $2,234.64 | $1,452.52 |
| 10 | $139.67 | $2,094.97 | $1,361.73 |
| 11 | $139.67 | $1,955.30 | $1,270.95 |
| 12 | $139.67 | $1,815.63 | $1,180.16 |
| 13 | $139.67 | $1,675.96 | $1,089.37 |
| 14 | $139.67 | $1,536.29 | $998.59 |
| 15 | $139.67 | $1,396.62 | $907.80 |
| 16 | $139.67 | $1,256.95 | $817.02 |
| 17 | $139.67 | $1,117.28 | $726.23 |
| 18 | $139.67 | $977.61 | $635.45 |
| 19 | $139.67 | $837.94 | $544.66 |
| 20 | $139.67 | $698.27 | $453.88 |
| 21 | $139.67 | $558.60 | $363.09 |
| 22 | $139.67 | $418.93 | $272.30 |

| 23 | $139.67 | $279.26 | $181.52 |
| 24 | $139.67 | $139.59 | $90.73 |
| 25 | $139.59 | $0.00 | $0.00 |

The amounts and payments reflected in this table do not include applicable sales tax amounts and may change based on events that occur after this document was created.  Please visit www.acimacredit.com for the most accurate Early Purchase Option Amount.





AlaFile E-Notice

05-SM-2019-902006.00

Judge: WILLIAM E. SCULLY JR

To:  GREENLEE WILLIAM H (PRO SE)

# NOTICE OF SERVICE

IN THE SMALL CLAIMS COURT OF BALDWIN COUNTY, ALABAMA

WILLIAM H GREENLEE VS ACIMA CREDIT, LLC
05-SM-2019-902006.00

The following matter was served on 6/17/2019

**D001 ACIMA CREDIT LLC**

**Corresponding To**

CERTIFIED MAIL

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

5/2/2019



Prepared for

**WILLIAM GREENLEE**

Personal & Confidential

**Date Generated** Apr 24, 2019
**Report Number** 18-12

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### ACIMA CREDIT FKA SIMPL

Account · ▮▮▮

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

Updated

You can contact ACIMA CREDIT FKA SIMPL at 9815 S MONROE ST FL 4, SANDY, UT 84070 or (801) 297-1920

### After your dispute:

| | | | | |
|---|---|---|---|---|
| Account Name | ACIMA CREDIT FKA SIMPLE | | Balance | - |
| Account Number | ▮▮▮ | | Balance Updated | - |
| Account Type | | Lease | Recent Payment | - |
| Responsibility | | Individual | Monthly Payment | $0 |
| Date Opened | | 01/08/2019 | Original Balance | $2,034 |
| Status | | Paid, Closed. | Highest Balance | $0 |
| Status Updated | | 04/23/2019 | Terms | 12 Months |

**Payment History**

LEGEND  Current on payments     30 Days Past Due     Closed

2019

JAN   FEB   MAR   APR

|  | JAN | FEB | MAR | APR |
|---|---|---|---|---|
|  | (OK) | (30) | (30) | (CLS) |
|  | MAY | JUN | JUL | AUG |
|  | ( ) | ( ) | ( ) | ( ) |
|  | SEP | OCT | NOV | DEC |
|  | ( ) | ( ) | ( ) | ( ) |

**Historical Information**

First Reported                                    01/2019

**Reinvestigation Information**

This item was updated from our processing of your dispute in Apr 2019.

**Balance History**

| FEB 2019 | $2,040 Balance | $153 Scheduled Payment | $0 Paid |
|---|---|---|---|
| JAN 2019 | $3,352 Balance | $279 Scheduled Payment | $0 Paid |

**Before your dispute:**

| Account Name | ACIMA CREDIT FKA SIMPLE | Balance | $2,040 |
|---|---|---|---|
| Account Number | ▉ | Balance Updated | 03/31/2019 |
| Account Type | Lease | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $153 |
| Date Opened | 01/08/2019 | Original Balance | $2,034 |
| Status | Open. $501 past due as of Mar 2019. | Highest Balance | $0 |
| Status Updated | 03/31/2019 | Terms | 12 Months |

**Payment History**

LEGEND    (OK) Current on payments          (30) 30 Days Past Due

## 2019

|  | JAN | FEB | MAR | APR |
|---|---|---|---|---|
|  | (OK) | (OK) | (30) | ( ) |
|  | MAY | JUN | JUL | AUG |
|  | ( ) | ( ) | ( ) | ( ) |
|  | SEP | OCT | NOV | DEC |
|  | ( ) | ( ) | ( ) | ( ) |

**Historical Information**

First Reported                                    01/2019

**Balance History**

| FEB 2019 | $2,040 Balance | $153 Scheduled Payment | $0 Paid |
|---|---|---|---|
| JAN 2019 | $3,352 Balance | $279 Scheduled Payment | $0 Paid |

Your Next Experian Credit Report is available in **26 days**.

# Credit Alerts

## All

Read

Unread

Deleted

Actions     ⌄       All Alerts Types              ⌄

### Select All

### 30 Days Past Due

Apr 15, 2019

**ACIMA CREDIT FKA SIMPL has flagged your account as 30 Days Past Due.**
If you missed a scheduled payment on an account by 30 days, the lender may report your Payment Status as 30 Days Late. This may negatively impact your Credit Scores.

### Alert Details

| | |
|---|---|
| **Alert Date** | **Apr 15, 2019** |
| **Source** | **EXPERIAN** |
| **Company** | **ACIMA CREDIT FKA SIMPL** |
| **Address** | **9815 S MONROE ST FL 4 SANDY, UT 84070** |
| **Phone** | **801-297-1920** |
| **Activity** | **Lease** |
| **Balance Date** | **Mar 31, 2019** |
| **Balance** | **$2,040** |

5/2/2019



Media



**FICO** Score

— Experian



597
4/16/2019

🏛  -12  597  Experian

## An account listed on your credit report has been updated   ⑦

April 16, 2019

Company Name    ACIMA CREDIT d/b/a SIMPL   ⓘ

Amount    $ ...

Status



## AN ACCOUNT LISTED ON YOUR CREDIT REPORT HAS BEEN UPDATED

(/alertsdetails#?aID 

04/16/2019 Experian                                                         **597**  **12**

An account listed on your credit report has been updated

### FICO* SCORE CHANGE

**609** ➡ **597**

*Your score may be affected by additional information in your credit report*

View score history

(scores?bureau=EXP )

### DETAILS

COMPANY NAME
ACIMA CREDIT FKA SIMPL

AMOUNT
**$2,040.00**

STATUS
**Account Is 30 Days Past Due**

What does this mean?

Dispute this change

**04/12/2019** Equifax
The balance on one of your accounts has increased by $286

5/2/2019

   f      

closer breakdown:

- **750 or higher** is often considered excellent and earns a borrower access to the lowest interest rates and best deals on borrowing.

- **680 to 749** is considered good, with borrowers earning access to good credit cards and competitive interest rates on loans.

- **600 to 679** is considered average, but borrowers in this range will not be eligible for top-tier credit cards and may often be declined for loans.

- **300 to 599** is considered poor or bad, and usually means a borrower will struggle with finding access to quality credit and may turn to payday lenders or title loans.

It's important for consumers to be within the good to excellent ranges. But keep in mind that even an 800 credit score doesn't guarantee you'll be approved for a loan or credit card.

**Lenders Use More Than Your Score**

A cr  ider



10:11   📶 🖼 📱 📳 📞                    🔋 4G⁺ .ıl   72% ▪

‹                                  ♡   ⋮

## All Types

## Newest First

**First Premier**
Equifax, TransUnion, Experian                    ›

**1St Fanklin 8933**
Equifax, TransUnion, Experian                    ›

**Credit Central Al24**
Equifax, TransUnion, Experian                    ›

**Security Finance**
Equifax, TransUnion                              ›

🚗 **Acima Credit Fka Simpl**
Experian                                         ›

**Alabama Credit Union**
Equifax, TransUnion, Experian                    ›

**Security Finance**
Equifax, TransUnion

**1St Fanklin 8933**
Equifax, TransUnion, Experian

🚗 **Global Lending Se**
Equifax, TransUnion



👁                    ✎

|||                    ◯                    ‹

1



**2:12** 🔘 ✉ 🔔 🖼 📷 📱     🔕 ▼⁴ᴳ .ıl 97% 🔋

Walgreens

Walgreens
DEPOSIT

WAL-MART #09042200 SOUTH    -$18.68

LONGHORN STEAK00053132    -$25.42

MURPHY EXPRESS 2686    -$50.42

ACIMA CREDIT LLC    -$120.78

TYPE
DEBIT

STATUS
Posted

TRANSACTION DATE
April 05, 2019

LOCATION
801-2971982, UT  84070

BillMatrixGLS/BillMatrix    -$580.00

 Dispute transaction      Fees paid

5/2/2019

 

2:13

97%

DD:FPB CR CARD-INTERNET

-$90.00

DD:CAPITAL ONE-MOBILE PMT

-$210.00

CVS

SIMPLE/ACIMA

-$53.50

DEBIT

Posted

December 21, 2018

801-987-3230, UT  84070

 Dispute transaction    Fees paid

# ExpertPages®

## The Leading Online Directory of Expert Witnessess

Article Library Blog Medical Experts Non-Medical Experts Expert Witness Request Form
Member Login Experts: Get Listed Today!

- Article Library

- ExpertPages Blog

- Non-Medical Expert Witnesses

- Medical Expert Witnesses

≡

## Expert Article Library

by Georg Finder

Damages to credit-worthiness due to a third party are now a measurable and compensable form of "special" injury. This financial damage can be quantified with the Credit Damage Measurement (CDM) Report developed by an expert witness on credit damage prepared by an Independent Credit Evaluator (ICE). This expertise is different from that of an economist, banker, lender/broker, or accountant. "All of us have had clients who said their credit is ruined," says litigator Thomas George Key who has used this service, "With an expert who has a method of liquidating the damages, it is no longer speculative."

Damages to creditworthiness alone can often reach six figures on what may otherwise be a small claim. Credit damage has proven collectable in several cases even where credit was the only damage. Credit damage measurement does NOT require that the client have perfect credit prior to the damage. All that is required is for there to be a measurable loss of capacity, or increased out of pocket costs, or loss of expectancy. In many cases, two of the types of damages may be compensated.

Credit damage compensation can yield some significant benefits:

- 2006 - Reputation Damage (Plaintiff Service) due to Defendants failure to file Satisfaction of Judgment- San Bernardino County (CA) Superior Court - Appeal in Action Court found in favor of Plaintiff in the amount of $172,000.00 regarding increased out-of-pocket damages.

- 2005 – Fraud / Identity Theft - (Plaintiff service) – Orange County Superior Court loss of assets and increased out of pocket costs of $42,000 + $70,000 in damages.

- 2004 - Fraud - Debt Collection - (Plaintiff service) action resulted in an $870,000 verdict in favor of Plaintiff in Orange County Superior Court that started with a $4,000 disputed bill.

- 2004 – Credit Report Remarks - (Defense service) credit damage claim reduced to zero in San Francisco Superior Court, based on the credit damage measurement report that established that of credit denial and claimed damage was self inflicted by the plaintiff.

- 2003 - Privacy Violation - (Plaintiff service) case resulting in a $930,000 ruling in favor of the plaintiff against Home Depot, shows the growing importance of credit reputation in our daily lives. The ruling was upheld in 2005 published Court of Appeals decision.

- 2002 - Breach of Contract -- (Defense service) a $200,000 credit damage claim against a realtor in a breach of contract case, was successfully defended in Orange County Superior Court, reducing the award to $22,000.

- 2001 - Credit Report Misreporting – (Plaintiff service) real estate investor received $142,000.00 settlement for misreporting of a 90 day late mortgage payment, plus correction of the credit report.

- 2001 - Fraud / identity theft (Plaintiff), Orange County Superior Court ruled in favor of Plaintiff: $40,000 settlement offer increased to $170,000 bench ruling.

The first expert witness testimony in 1995 caused a $33,000.00 award instead of a $6500.00 settlement due to real estate fraud based on the testimony of the expert witness, an Independent Credit Evaluator(ICE). Credit damage was recognized by the courts as early as 1912 in Missouri in Bell v May Co.

There is a powerful effect to having an established credit damage expert provide a damage measurement report for court or arbitration. The compensation for damages is often more fair to all parties because the damage claim is based on a measurement, not on speculation or a guess. A properly crafter credit damage measurement report is useful in guiding a judge or a jury in arriving at a 'fair' compensation dollar value.

Improved awareness has led to increased inclusion of credit damage as a compensable damage in a variety of cases. Victims of credit damage can specify this measured damage under general damages or a special damages for a fairer compensation demand value for fraud cases, creditor negligence cases, Fair Debt Collection Practices violations cases, breach of contract or bad faith cases, wrongful dismissal cases, major personal injury/medical malpractice, divorcing couples, and other causes of civil action.

Credit damage measurement is a unique area of expertise, requiring a specialist. Economists are not trained for this, neither is a Certified Public Accountant, bankers rarely are qualified – but loan underwriters often are suitable for only one aspect of the many aspects of credit damage.

Overlooking credit damage can be a missed opportunity for lawyers, who in a few minutes can understand the theory and its' practical application.

According to attorney Key, "Credit damages have been mentioned in appellate cases and awards given over speculative objections. Loss of creditworthiness can be quantified to a number. As attorneys, we have an obligation to present these damages."

**Disclaimer:** ExpertPages.com covers a wide range of expert categories, visited by attorneys, government officials, and insurance companies. As part of our service to those potential clients, we publish articles written by experts in their fields (See the ExpertPages Article Library). The views expressed in each article are those of the author, and do not necessarily represent the position of ExpertPages or its affiliates.

PO Box 9701
Allen, TX 75013



0018524  01 MB 0.423  **AUTO  T6 0 7147 36547-149191   -C01-P18342 4
WILLIAM HERLEY GREENLEE

GULF SHORES AL 36547-1491

|ı|ı|ı|ıı|ı·ıı|||ı||||ıı|ı·ıı|||ı·ıı|||ı·ıı·ıı|ı·ı|ı|ıı||ıı||



# WILLIAM HERLEY GREENLEE
## Dispute Results

### Report # _____47-22 for 06/20/19

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to:  review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

**How to read your results**

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated**  (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details.

Here are your results

Credit items

A IMA CREDIT FKA SIMPL161...  **Outcome: Updated - The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.**

**Before dispute**

| A IMA CREDIT FKA SIMPLE | Partial Acct #: | 9815 S MONROE ST FL 4 SANDY UT 84070 (801) 297 1920 |
|---|---|---|

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Jan 2019 | Jan 2019 | Not reported | |
| Address ID # | **Terms** | **Status** | 2019  OK  OK  OK  CLS |
| | 12 Months | Paid, Closed/Never late. | |
| **Type** | **Monthly payment** | This account is | **Account History** * (AB = Account Balance, DPR = Date Payment Received, |
| Lease | Not reported | scheduled to continue on | SPA = Scheduled Payment Amount, AAP = Actual Amount Paid) |
| **Responsibility** | **Credit limit or original** | record until Apr 2029. | |
| Individual | **amount** | This account was updated | |
| | $2,034 | from our processing of | |
| | **High balance** | your dispute in Jun 2019. | |
| | Not reported | **Date of Status** | |
| | | Apr 2019 | |

Payment history detail:

|  | Feb19 | Jan19 |
|---|---|---|
| AB ($) | 2,040 | 3,352 |
| DPR | ND | ND |
| SPA ($) | 163 | 279 |
| AAP ($) | ND | ND |

Your statement "I HAVE NO KNOWLEDGE OF THIS ACCOUNT."

**After dispute**

**WILLIAM HERLEY GREENLEE** | Report # ███ 47-22 for **06/20/19**



**ACIMA CREDIT FKA SIMPLE** Partial Acct # ███ 9815 S MONROE ST FL 4 SANDY UT 84070 (801) 297 1920

| | | | Payment history |
|---|---|---|---|
| **Date opened** Jan 2019 | **First reported** Jan 2019 | **Recent balance** Not reported | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec |
| **Address ID #** ███ | **Terms** 12 Months | **Status** Paid, Closed. | 2019 OK OK 30 OK OK CLS |
| **Type** Lease | **Monthly payment** Not reported | This item was updated from our processing of | **Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid) |
| **Responsibility** Individual | **Credit limit or original amount** $2,034 | your dispute in Jun 2019. **Date of Status** Jun 2019 | |

| | Feb19 | Jan19 | | | |
|---|---|---|---|---|---|
| AB ($) | 2,040 | 3,352 | | | |
| DPR | ND | ND | | | |
| SPA ($) | 153 | 279 | | | |
| AAP ($) | ND | ND | | | |

**High balance**
Not reported

Your statement "I HAVE NO KNOWLEDGE OF THIS ACCOUNT."

If our reinvestigation has not resolved your dispute, you have several options:

You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013. You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. Thank you for helping ensure the accuracy of your credit information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

## Your Updated Credit Report

## Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **OK** Current | **150** Account 150 days past due | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| **30** Account 30 days past due | **180** Account 180 days past due | **R** Repossession | **C** Collection |
| **60** Account 60 days past due | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| **90** Account 90 days past due | **FS** Foreclosure proceedings started | **EC** Insurance claim | **CLS** Closed |
| **120** Account 120 days past due | **F** Foreclosed | **G** Claim filed with government | **ND** No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

*Medical Information*
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## **Your accounts that may be considered negative** The most common items in this section are late
payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

**ACIMA CREDIT FKA SIMPLE** Partial Acct # ███ 9815 S MONROE ST FL 4 SANDY UT 84070 (801) 297 1920

**WILLIAM HERLEY GREENLEE** | Report # ███████ 47-22 for **06/20/19**

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2019** | OK | OK | ☒ | OK | OK | CLS | | | | | | |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Feb19 | Jan19 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **AB ($)** | 2,040 | 3,352 | | | | | | |
| **DPR** | ND | ND | | | | | | |
| **SPA ($)** | 153 | 279 | | | | | | |
| **AAP ($)** | ND | ND | | | | | | |

The original amount of this account was $2,034

| ate opened | First reported | Recent balance |
|---|---|---|
| an 2019 | Jan 2019 | Not reported |
| ddress ID # | **Terms** | **Status** |
| | 12 Months | Paid, Closed. |
| ype | **Monthly payment** | This item was updated |
| ease | Not reported | from our processing of |
| esponsibility | **Credit limit or original** | your dispute in Jun 2019. |
| dividual | **amount** | **Date of Status** |
| | $2,034 | Jun 2019 |
| | **High balance** | |
| | Not reported | |

our statement "I HAVE NO KNOWLEDGE OF THIS ACCOUNT."

THIS PAGE INTENTIONALLY LEFT BLANK

**$53.50**
Jan 08, 2019
**SUCCESSFUL**   ⬭Charged Back⬭   **INITIAL**

**$53.50**
May 10, 2019
**SUCCESSFUL**   **CHARGEBACK**

| | |
|---|---|
| Payment Id | ███████ |
| Payment Source | LMS |
| Reference Code | ███████ |
| Payment Form | Other |
| Tax Address | 8279 Wright St, Merrillville, IN 46410 |
| Tax Provider | Sovos |
| Rent | $50.00 |
| Total Tax amount | $3.50 |
| **Total Amount** | **$53.50** |

Show Charged Back Payment

ELECTRONICALLY FILED
7/2/2019 3:42 PM
05-SM-2019-902006.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

# IN THE DISTRICT COURT OF BALDWIN COUNTY, ALABAMA

| | |
|---|---|
| GREENLEE WILLIAM H, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.:   SM-2019-902006.00 |
| | ) |
| ACIMA CREDIT LLC, | ) |
| Defendant. | ) |

## ORDER

MOTION FOR DEFAULT JUDGMENT filed by GREENLEE WILLIAM H is hereby DENIED.  Improper service of process.

**DONE this 2nd day of July, 2019.**

**/s/ WILLIAM E. SCULLY JR**
**DISTRICT JUDGE**



AlaFile E-Notice

05-SM-2019-902006.00

Judge: WILLIAM E. SCULLY JR

To:  GREENLEE WILLIAM H (PRO SE)

# NOTICE OF COURT ACTION

IN THE SMALL CLAIMS COURT OF BALDWIN COUNTY, ALABAMA

WILLIAM H GREENLEE VS ACIMA CREDIT, LLC
05-SM-2019-902006.00

A court action was entered in the above case on 7/2/2019 3:43:16 PM

ORDER

[Filer: ]

| | |
|---|---|
| Disposition: | DENIED |
| Judge: | WES |

Notice Date:    7/2/2019 3:43:16 PM

JODY L.  WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-SM-2019-902006.00

Judge: WILLIAM E. SCULLY JR

To:  ACIMA CREDIT LLC (PRO SE)
9815 S MONROE STREET 4 FL
SANDY, UT, 84070-0000

---

# NOTICE OF COURT ACTION

---

IN THE SMALL CLAIMS COURT OF BALDWIN COUNTY, ALABAMA

WILLIAM H GREENLEE VS ACIMA CREDIT, LLC
05-SM-2019-902006.00

A court action was entered in the above case on 7/2/2019 3:43:16 PM

ORDER

[Filer: ]

Disposition:   DENIED
Judge:         WES

Notice Date:   7/2/2019 3:43:16 PM

JODY L.  WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



ELECTRONICALLY FILED
7/2/2019 3:42 PM
05-SM-2019-902006.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

## IN THE DISTRICT COURT OF BALDWIN COUNTY, ALABAMA

GREENLEE WILLIAM H,                )
Plaintiff,                          )
                                    )
V.                                  )  Case No.:   SM-2019-902006.00
                                    )
ACIMA CREDIT LLC,                   )
Defendant.                          )

### ORDER

MOTION FOR DEFAULT JUDGMENT filed by GREENLEE WILLIAM H is
hereby DENIED.  Improper service of process.

**DONE this 2nd day of July, 2019.**

/s/ **WILLIAM E. SCULLY JR**
**DISTRICT JUDGE**

Reserve ACIMA Credit LLC
@ Corporation
Service
Company Inc.
641 South Lawrence
Street
Montgomery, AL 36104
Referencing:
Acima Credit LLC.
William H. Keeler

CIRCUIT COURT
BALDWIN COUNTY, AL
(FILED - FOLEY)

JUL 03 2019

JODY L. WISE
CIRCUIT CLERK

7007 1490 0004 2290 9248

Case 1:19-cv-00872-KD-N   Document 1-1   Filed 07/11/19   Page 75 of 75

# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
## (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Postmark
Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006                    See Reverse for Instructions